

**U. S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Complex

---

*Federal Correctional Complex*
*P. O. Box 1029*
*Coleman, Florida 33521-1029*

August 4, 2005

Okey Garry Okpala
Reg. No. 43667-019
FCI Talladega
PO Box 1000
Talladega, AL 20534

Re: Freedom of Information/Privacy Act Request No. 05-07067

Dear Mr. Okpala:

This is in response to your above referenced information request. Specifically, you request a copy relating to the Policy Waiver, P.S. 4700.04, Religious Certified Food Program Menu, Pilot Programs, including the Master Menu Circle, menu schedule for the Pilot Program, the reasons for the change from the old Religious Certified Food Program Menu, and the Federal Registry number and section where the Pilot Program was published for Public Comment and Notice.

The Attorney General has exempted the Bureau of Prisons from certain provisions of the Privacy Act of 1974. Title 5 U.S.C. Section 552a(j). Therefore, all material granted, excised from documents, or denied herein has been processed under the authority of an alternative means of access, which is part of said exemption. The exemption, including the alternative means of access, is set forth in Title 28 Code of Federal Regulations, Section 16.97. Accordingly, your access rights are limited to those provided by the non-exempted portions of the Privacy Act of 1974 and the Freedom of Information Act, Title 5 U.S.C. Section 552 and as implemented by Title 28 Code of Federal Regulations, Part 16, Subpart A and D. The procedures established for use by the Bureau of Prisons are outlined in Program Statement 1351.5, <u>Release of Information</u>, and Program Statement 5800.11, <u>Inmate Central File, Privacy Folder and Parole Commission File</u>.

The purpose of the Freedom of Information Act is to retrieve documents from a system of records, not to conduct research for individuals. Those documents which were readily retrievable from a system of records have been reviewed and processed at this office. We have been provided 34 pages responsive to your request.

Pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, if you feel the material herewith enclosed does not sufficiently address your request, you may appeal to the Assistant Attorney General, by filing a written appeal within 60 days from the date of this letter. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information and Privacy, U.S. Department of Justice, FLAG Bldg., Suite 570, Washington, D.C. 20530.

Sincerely,

Jeff Campbell
Supervisory Attorney

Ex. A

## CHAPTER 7

### Religious Diets

1. **General Policy** .  The increased number of religious groups requesting diets requires a religious diet program that provides equity to all.  Common Fare is intended to accommodate inmates whose religious dietary needs cannot be met on the main line.  The common fare menu is based upon a 14-day cycle with special menus for the ten recognized Federal Holidays.  The menus have been nutritionally analyzed and certified as exceeding minimum daily nutritional requirements.  A copy of the Common Fare nutritional analysis is available at each institution and from the Regional and Central Office FSAs.  The Common Fare menu that will be used with the Religious Diet Program is located in the Food Service TRM.

2. **Changes** .  Changes to the planned Common Fare menu may not be made at the institutional level, except when seasonal availability of specific fresh produce items dictates that temporary substitutions be made.

Under such circumstances, the FSA, with concurrence from the appropriate Associate Warden, may make temporary nutritionally equal substitutions for fresh seasonal produce that do not violate any religious dietary laws.  The Chaplain shall be consulted if religious questions arise.

3. **Hot Entree Availability** .  To the extent practicable, a hot entree shall be available to accommodate inmates' religious dietary needs, e.g., Kosher and/or Halal products.  Hot entrees shall be offered three times a week and shall be purchased **precooked** , heated in their **sealed** containers, and served **hot** .  Cooking of any other food items is **not permitted** in the Common Fare program.

4. **Religious Requirements** .  All foods purchased (except fresh fruits and vegetables as stated in Chapter 9 of the Kashruth) shall be fully prepared, ready to use, and certified by a recognized Orthodox Standard, such as: €, **(K)** {K within brackets}, "**CRC**".  No pork or pork derivatives may be used.  All bread and margarine must be labeled Parve for use on the Common Fare tray.

5. **Nutritional Requirements** .  Common Fare menus meet the nutritional recommended daily allowances (RDAs).  An inmate who selects food from the Common Fare menu may not also select other food from the regular menu, except for beverages and foods from a salad bar (hot bars are not part of the salad bar).

An inmate who does select items from a beverage or salad bar shall do so with the understanding that they may contain items which do not meet that individual's religious dietary laws.

P.S. 4700.04
October 7, 1996
Chapter 7, Page 2

6. **Instant Food and Beverages** .  An urn of hot water shall be provided for reconstituting instant beverages and foods.  Inmates who are not participating in the Common Fare program may use the urn.

7. **Plates and Utensils** .  Ordinarily, Common Fare meals shall be served with disposable plates and utensils.  Reusable plates and utensils, which are identified for Common Fare use only, may be used.  Separate cutting boards, knives, food scoops, food inserts and any other necessary items used in the production of food for the Common Fare diet shall be provided.  These items shall be identified for use only in the Common Fare program.  Meat and dairy food items and service utensils shall be stored in areas separate from each other.  A separate dish pan shall be provided to wash and sanitize these items, if a separate three compartment sink is not available.

8. **Application & Removal**

   a.  The Chaplain is the approving official for inmate participation and removal in the Common Fare Program.  Food Service staff shall use a daily roster indicating a CF YES for notification of Common Fare participation.  No staff may disparage an inmate's religion or religious views or attempt to dissuade an inmate from participating in the program .

   b.  When an inmate is approved to eat from Common Fare, the FSA shall develop an accountability means by which to ensure integrity for participation.


06 1530

FILED

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

c.  The inmate shall ordinarily begin eating from the Common Fare menu within two days after Food Service receives electronic notification.

d.  Staff shall appropriately train and supervise inmates assigned to prepare and serve Common Fare meals.

e.  An inmate's participation in the program is not affected by temporary placement on a medically prescribed diet or placement in a Special Housing Unit.  An inmate approved for Common Fare shall be provided Common Fare meals while in Special Housing or the institution hospital.  However, if a medical diet is prescribed, it shall take precedence over the common fare diet.

f.  If an inmate misses six consecutive Common Fare meals, the FSA shall recommend in writing that the Chaplain remove the inmate from the program.  The decision to remove an inmate rests with the Chaplain.

9.  **Annual Ceremonial Meals**.  By October 10th each year, the Chaplain shall provide the FSA a schedule of the ceremonial meals for the following calendar year, including the date, religious group, estimated number of participants, and any required special food purchases.  Ceremonial or commemorative meals shall be served in the food service facility unless otherwise approved by the Warden.

The Food Service Department shall be the only source of procurement for all food items.  To maintain equity in menu design, all meals shall be limited to food items on the institution's master cycle menu.  To facilitate food preparation, the Chaplain shall consult with the FSA concerning the preferred menu for each ceremonial or commemorative meal well in advanced of the scheduled date of the observance (six to eight weeks prior).  Food items related to religious purposes may be procured by the Chaplain through food service in the minimum quantities necessary for the fulfillment of the ritual observance.  Ordinarily this will not constitute the main entree for the ceremonial meal.

10.  **Religious Fasts and Seasonal Observances**.  The Common Fare program provides the only religious diet.  Inmates participating in religious fasts and/or abstaining from particular foods during certain religious seasons will be accommodated through the Common Fare program.

a.  **Ramadhan**.

(1)  During Ramadhan, Muslim inmates participating in the fast should receive the approved Common Fare lunch and dinner menu after sun down and consume it in the Food Service Department or Special Housing Unit.

(2)  During the December Fast, meat entrees on the Common Fare menu shall be replaced with either a hot fish or vegetarian entree.  Both the noon and evening meal shall be provided to participants after sun down.

(3)  Inmates who are not participating in the Common Fare program, but elect to observe Ramadhan or the December Fast may do so by selecting from the mainline.  The mainline meal shall be served after sundown with a non-pork entree provided.  If an inmate's religious dietary needs cannot be met from mainline selection, the inmate may partake in the Common Fare program for the Ramadhan season.

Each institution may provide a bag breakfast or allow inmates to go to Food Service for the breakfast meal prior to dawn.  Bag breakfasts should contain non-perishable items, such as ultra-high pasteurized milk, fresh fruit, peanut butter, dry cereal, etc.  The menu for the Common Fare program cannot be used for a bag breakfast.

b.  **Passover**.  During the eight days of Passover, Jewish inmates who submit a request in writing to the Chaplain should be provided food that meets Kosher for Passover standards.  The written request must be received six weeks before Passover.  Food Service shall be prepared to provide Passover meals to new commitments.

Jewish inmates participating in the Common Fare program should be provided for the eight-day

period the same Kosher for Passover food that is provided inmates who are not Common Fare participants.

c. **Lent**.  During the Christian season of Lent, a meatless meal (lunch or dinner) shall be served on the main line on Ash Wednesday and all Fridays in order to accommodate observance of Lenten dietary laws.

11. **Recordkeeping/Costs**.  The FSA shall develop an estimated cost each quarter for their Common Fare program and add this figure to the last page of their quarterly Budget and Ration form (BP-281).  The actual cost of common fare, including edible and non-edible items should be maintained.  Cost accounting project number 19G is used to record all costs incurred.

P.S. 4700.04
October 7, 1996
Chapter 8, Page 1

**CHAPTER 8**

**Guidelines for Medical Diets/Self-Selection on Mainline**

1. **General Policy**.  All institutions shall provide a Medical Diet Program based on the Guidelines for Medical Diets located in the Food Service TRM.  Mainline self selection alternatives and/or medical diets must be available to all inmates.  High Rise facilities or those institutions with no dining room are excluded from self selection alternatives.

The Food Service TRM provides specific guidelines for the most commonly prescribed modified diets.

a. **Responsibilities**

(1)  A registered dietitian shall be consulted for all diets not found in the Guidelines for Medical Diets section of the Food Service TRM.  If the Clinical Director of an institution determines the facility is unable to provide an inmate the proper medical diet, transfer to a Bureau of Prisons Medical Referral Center may be considered.

(2)  If a separate medical diet menu is utilized, the institutions master cycle menu shall be used to formulate the diet menus.  A registered dietitian shall certify these medical diet menus.  A copy of the certified diet menu shall be maintained in the FSA's office.

(3)  It is strongly recommended that each institution utilize a contract dietitian.

(4)  All FSAs, Assistant Administrators and Cook Supervisors shall review this chapter annually as well as the Guidelines for Medical Diets located in the Food Service TRM.  Documentation shall be kept on file for one year.

(5)  Bureau dietitians shall review the Guidelines for Medical Diets in the Food Service TRM annually and update as necessary.

b. **Inmate Access**

(1)  Diets shall be prescribed by the Clinical Director, staff physician or staff dentist.  Physician Assistants at major medical facilities may prescribe a diet but it shall be reviewed and countersigned by a staff physician.

The FSA may utilize a check off list to monitor medical diets and communicate diet compliance with Health Services.

(2)  Medical diets addressed in the Guidelines for Medical Diets may be accommodated through main line self-selection since heart healthy alternatives (as listed in the chart at the end of

P.S. 4700.04
October 7, 1996
Chapter 8, Page 2

this chapter) must be available on main line.  The Clinical Director and/or dietitian must evaluate and approve this method of providing medical diets.  A memo of approval shall be on file in the offices of the Health Services Administrator and the FSA.

(3)  Institutions shall provide education to inmates who are prescribed a diet.  Diet counseling will be provided by a registered dietitian or other health care provider.

c.  **Reference** .

(1)  The American Dietetic Association's (ADA) Manual of Clinical Dietetics    will be the reference for diets not found in the Guidelines for Medical Diets    section of the Food Service TRM.  The ADA Manual of Clinical Dietetics   will be maintained in Health Services at the Bureau's major medical facilities.

(2)  Each institution may consider preparation of an Institution Supplement to implement this program.  Copies of any Institution Supplements shall be provided to the appropriate Regional Directors and Regional Administrators of Food and Health Services.  The following program requirements should be considered if mainline self-selection of medical diets is not utilized:

- A means of identifying inmates authorized to receive a prescribed medical diet.

- On-site observation of the medical diet service at least monthly by the FSA and a member of the Health Services Department.

- A time schedule to review the inmate's need for a medical diet.

- A system to keep the diet list current.  Inmates who are transferred or released and those who no longer require a medical diet shall be removed from the list in a timely manner.  Food Service shall be notified the same day a diet is issued or rescinded.

d.  **Snacks or Supplemental Feedings** .  Snacks or supplemental feedings may be ordered when the physician determines a medical need such as:

- Insulin-dependent diabetes.

- Patients with increased protein or caloric needs because of pregnancy, cancer, AIDS, etc.

P.S. 4700.04
October 7, 1996
Chapter 8, Page 3

(1)  Diabetic Snacks

1 cup skim milk and
1 serving non-sugar-coated dry cereal

This is the preferred snack for all diabetics.  This provides adequate protein and calories with a minimal amount of fat to prevent insulin reaction.

(2)  Alternate Snack

½ sandwich made with 1 slice of bread and 1 oz. of meat, and mustard (optional)
              or
1 Tbsp. peanut butter with 6 saltine crackers or 1 slice of bread
              or
1 oz. slice of cheese with 6 saltine crackers or 1 slice of bread

(3)  Snacks for Increased Calories

1 cup milk and 1 serving cereal
              or
½ sandwich (condiments optional)
              or
whole sandwich (condiments optional)
              or
peanut butter and crackers

e.  **Mainline Self - Selection of Medical Diets**.  Medical diets addressed in the Guidelines for Medical Diets section of the Food Service TRM may be accommodated through main line self-selection only if the following guidelines are utilized:

(1)  The menu alternatives must be printed on the master cycle menus (e.g., fried chicken or baked chicken, french fries or baked potato).

(2)  Foods must be prepared without the addition of salt or fat.

(3)  Every effort must be made to use a like item when providing an alternative on the main line.  See the Main Line Self Selection of Medical Diets chart at the end of this chapter for additional guidance.

P.S. 4700.04
October 7, 1996
Chapter 8, Page 4

MAIN LINE SELF SELECTION OF MEDICAL DIETS



UNITED STATES GOVERNMENT
## MEMORANDUM

FEDERAL BUREAU OF PRISONS

---

320 First Street N.W.
Washington, DC 20534

July 27, 2005

**MEMORANDUM FOR ALL FOOD SERVICE ADMINISTRATORS**

/s/
FROM:           Thomas Issermoyer, Food and Farm Administrator
                Health Services Division

SUBJECT:        Implementation - Certified Food Menu


Per a decision by the Director, we have revised the Certified
Food menu to include a hot entree everyday.  As noted in the
memorandum to all CEO's from Maryellen Thoms, Assistant Director,
this menu will be in place by February 1, 2004.

All other policies and procedures related to Religious Diets (IE
certification standards, menu changes) will be maintained unless
waivers from that policy have been approved.

Several hot entrees have been removed from the new menus.  If
institutions have any of these items in stock or on order as of
this date, they may substitute these items for the planned menu
until stocks are depleted.  Food Administrators must be sure when
making these substitutions that a hot entree is served on the
days and meals planned.  Policy does not prohibit changes to the
planned menu at the national level.  This memorandum serves to
authorize short term substitutions for depletion of stock.

To ensure product consistency and suitable microwave heating, the
following specifications will be used when procuring certified
entrees:

-   All hot entrees will be double-wrapped and sealed.
-   All hot entrees will include three to six ounces of
    meat/fish (not including bone, soy, fat, breading
    weight) and two ounces of sauce or gravy.
-   Fish entrees will be made from sole, pollock, or
    whiting.
-   A Cheese Omelet Meal will consist of a 3.5 to 4.5 ounce
    omelet with one to two ounces of cheese and 1.5 to 2.5
    ounces of potatoes.

- Cold Cuts will be four ounce individually wrapped and sealed delicatessen style meats. The turkey cold cuts will be typical turkey roll or deli style turkey. The bologna may be made from beef or poultry.

The new menus do not note a specific fruit that will be served as prior menus did. The same variety and portion size of fresh fruit served on mainline meals will be served to inmates participating on the certified food diet at the corresponding meal.

No Bouillon cubes will be offered, as these were only for days with no hot entree served. All days have a hot entree on the new menu.

Please find included, the revised 14 day Certified Food Menu and Certified Food Holiday Menu and nutritional analysis. If you have any questions, you can contact Thomas Issermoyer, Food and Farm Administrator, Health Services Division, Central Office, at 202-305-1785.

cc: Susan VanBaalen, Chief, Chaplaincy Services

Attachment "B"
Certified Food Menu
December 3, 2003

## Certified Food Holiday Menu

The meals noted below will be substituted for the lunch meal on
the holiday noted to ensure two hot entrees are available to
participants on that day.

| NEW YEARS DAY | MARTIN LUTHER KING DAY |
|---|---|
| LUNCH | LUNCH |
| CHICKEN THIGH ENTREE | CHICKEN CUTLET ENTREE |
| 3 OZ TUNA FISH | 3 OZ SARDINES |
| 2 CUPS VEG. BEANS | 1 CUP VEG BEANS |
| 1 CUP BROCCOLI | 1 CUP CAULIFLOWER |
| 1/2 CUP SLICED TOMATO | 6 CARROT STICKS (3"-4") |
| 1/2 CUP SLICED BELL PEPPER | 1/2 CUP SLICED TOMATO |
| 2 CUPS LETTUCE | 6 CELERY STICKS (3"-4") |
| 4 SLICES WHOLE WHEAT BREAD | 4 SLICES WHOLE WHEAT BREAD |
| 2 PATS MARGARINE | 2 PATS MARGARINE |
| 8 OZ SWEETENED BEVERAGE | 8 OZ SWEETENED BEVERAGE |
| FRESH FRUIT - HOLIDAY MEAL | FRESH FRUIT - HOLIDAY MEAL |

| PRESIDENTS DAY | MEMORIAL DAY |
|---|---|
| LUNCH | LUNCH |
| CHICKEN CUTLET ENTREE | POT ROAST ENTREE |
| 3 OZ TUNA FISH | 3 OZ SARDINES |
| 2 CUPS VEG. BEANS | 2 CUPS VEG. BEANS |
| 1 CUP CAULIFLOWER | 1 CUP BROCCOLI |
| 1/2 CUP SLICED BELL PEPPER | 1 CUP FRESH SPINACH |
| 1 CUP FRESH SPINACH | 1 CUP CHOPPED CABBAGE |
| 1 CUP CUCUMBER | 1 SLICED ONION |
| 4 SLICES WHOLE WHEAT BREAD | 4 SLICES WHOLE WHEAT BREAD |
| 2 PATS MARGARINE | 2 PATS MARGARINE |
| 8 OZ SWEETENED BEVERAGE | 8 OZ SWEETENED BEVERAGE |
| FRESH FRUIT - HOLIDAY MEAL | FRESH FRUIT - HOLIDAY MEAL |

Attachment "B"
Certified Food Menu
December 3, 2003

## Certified Food Holiday Menu

| INDEPENDENCE DAY - 4ᵀᴴ OF JULY | LABOR DAY |
|---|---|
| LUNCH<br>CHICKEN CUTLET ENTREE<br>3 OZ TUNA FISH<br>2 CUPS VEGETARIAN BEANS<br>1 CUP CAULIFLOWER<br>1 CUP CHOPPED CABBAGE<br>6 CARROT STICKS (3"-4")<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>2 PATS MARGARINE<br>8 OZ SWEETENED BEVERAGE<br>FRESH FRUIT - HOLIDAY MEAL | LUNCH<br>POT ROAST ENTREE<br>3 OZ SARDINES<br>2 CUPS VEGETARIAN BEANS<br>1 CUP BROCCOLI<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>2 CUPS LETTUCE<br>4 SLICES WHOLE WHEAT BREAD<br>2 PATS MARGARINE<br>8 OZ SWEETENED BEVERAGE<br>FRESH FRUIT - HOLIDAY MEAL |
| COLUMBUS DAY | VETERANS DAY |
| LUNCH<br>FISH FILLET ENTREE<br>3 OZ TUNA FISH<br>2 CUPS VEGETARIAN BEANS<br>1 CUP CAULIFLOWER<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>6 CELERY STICKS (3"-4")<br>4 SLICES WHOLE WHEAT BREAD<br>2 PATS MARGARINE<br>8 OZ SWEETENED BEVERAGE<br>FRESH FRUIT - HOLIDAY MEAL | LUNCH<br>SALISBURY STEAK ENTREE<br>3 OZ SARDINES<br>2 CUPS VEG. BEANS<br>1 CUP BROCCOLI<br>1/2 CUP SLICED TOMATO<br>1/2 BELL PEPPER SLICES<br>2 CUPS LETTUCE<br>4 SLICES WHOLE WHEAT BREAD<br>2 PATS OF MARGARINE<br>8 OZ SWEETENED BEVERAGE<br>FRESH FRUIT - HOLIDAY MEAL |

Attachment "B"
Certified Food Menu
December 3, 2003

## Certified Food Holiday Menu

| THANKSGIVING DAY | CHRISTMAS DAY |
|---|---|
| LUNCH<br>CHICKEN THIGH ENTREE<br>3 OZ TUNA FISH<br>1 CUP VEG. BEANS<br>1 CUP CAULIFLOWER<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>1 CUP SLICED CUCUMBER<br>4 SLICES WHOLE WHEAT BREAD<br>2 PATS MARGARINE<br>8 OZ SWEETENED BEVERAGE<br>FRESH FRUIT - HOLIDAY MEAL | LUNCH<br>POT ROAST ENTREE<br>3 OZ SARDINES<br>1 CUP VEG. BEANS<br>1 CUP BROCCOLI<br>1 CUP FRESH SPINACH<br>1 CUP CHOPPED CABBAGE<br>1/4 CUP SLICED ONION<br>4 SLICES WHOLE WHEAT BREAD<br>2 PATS MARGARINE<br>8 OZ SWEETENED BEVERAGE<br>FRESH FRUIT - HOLIDAY MEAL |

Attachment A
Certified Food Menu
December 3, 2003
Page 1 of 7

## Certified Food 14 Day Menu Cycle

| DAY ONE - SUNDAY | DAY TWO - MONDAY |
|---|---|
| BREAKFAST<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>1 3-4 OZ MUFFIN/DANISH<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | BREAKFAST<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG INSTANT FARINA<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| LUNCH<br>1 FRESH FRUIT<br>CHEESE OMELET W/POTATO ENTREE<br>1 CUP CAULIFLOWER<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG JELLY<br>2 PATS MARGARINE | LUNCH<br>1 FRESH FRUIT<br>6 TBSP PEANUT BUTTER<br>1 CUP BROCCOLI<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>3 PKG JELLY<br>2 PATS MARGARINE |
| DINNER<br>1 FRESH FRUIT<br>3 OZ SARDINES<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | DINNER<br>1 FRESH FRUIT<br>1 FISH FILLET ENTREE<br>1 CUP VEG BEANS<br>1 CUP CAULIFLOWER<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>1 CUP SL CUCUMBER<br>4 SL WHOLE WHEAT  BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

Attachment A
Certified Food Menu
December 3, 2003
Page 2 of 7

## Certified Food 14 Day Menu Cycle

| DAY THREE - TUESDAY | DAY FOUR - WEDNESDAY |
|---|---|
| BREAKFAST<br>1 FRESH FRUIT<br>2 CUPS DRY CEREALS<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG OATMEAL<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | BREAKFAST<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG GRITS<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| LUNCH<br>1 FRESH FRUIT<br>3 OZ TUNA FISH<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MAYONNAISE<br>2 PATS MARGARINE | LUNCH<br>1 FRESH FRUIT<br>4 OZ BOLOGNA COLD CUT<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE |
| DINNER<br>1 FRESH FRUIT<br>1 SALISBURY STEAK ENTREE<br>1 CUP BROCCOLI<br>1 CUP FRESH SPINACH<br>1 CUP CHOPPED CABBAGE<br>1/4 CUP SLICED ONION<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | DINNER<br>1 FRESH FRUIT<br>1 CHICKEN CUTLET ENTREE<br>1 CUP CAULIFLOWER<br>1 CUP CHOPPED CABBAGE<br>6 CARROT STICKS (3"-4")<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

## Certified Food 14 Day Menu Cycle

| DAY FIVE - THURSDAY | DAY SIX - FRIDAY |
|---|---|
| **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREALS<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG OATMEAL<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG GRITS<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **LUNCH**<br>1 FRESH FRUIT<br>3 OZ SARDINES<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>6 TBSP PEANUT BUTTER<br>1 CUP CAULIFLOWER<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>3 PKG JELLY<br>2 PATS MARGARINE |
| **DINNER**<br>1 FRESH FRUIT<br>1 FISH FILLET ENTREE<br>1 CUP VEG BEANS<br>1 CUP BROCCOLI<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 POT ROAST ENTREE<br>1 CUP BROCCOLI<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

## Certified Food 14 Day Menu Cycle

| DAY SEVEN - SATURDAY | DAY EIGHT - SUNDAY |
|---|---|
| **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>1 3-4 OZ MUFFIN/DANISH<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>1 3-4 OZ MUFFIN/DANISH<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **LUNCH**<br>1 FRESH FRUIT<br>4 OZ TURKEY COLD CUT<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG JELLY<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>1 CHEESE OMELET W/POTATO<br>1 CUP BROCCOLI<br>1 CUP FRESH SPINACH<br>1 CUP CHOPPED CABBAGE<br>1/4 CUP SLICED ONION<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **DINNER**<br>1 FRESH FRUIT<br>1 CHICKEN THIGH ENTREE<br>1 CUP VEG BEANS<br>1 CUP CAULIFLOWER<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>1 CUP SL CUCUMBER<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>3 OZ TUNA FISH<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MAYONNAISE<br>2 PATS MARGARINE |

Attachment A
Certified Food Menu
December 3, 2003
Page 5 of 7

## Certified Food 14 Day Menu Cycle

| DAY NINE - MONDAY | DAY TEN - TUESDAY |
|---|---|
| BREAKFAST<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG OATMEAL<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | BREAKFAST<br>1 FRESH FRUIT<br>2 CUPS DRY CEREALS<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG FARINA<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| LUNCH<br>1 FRESH FRUIT<br>4 OZ BOLOGNA COLD CUT<br>1 CUP CAULIFLOWER<br>1 CUP CHOPPED CABBAGE<br>6 CARROT STICKS (3"-4")<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | LUNCH<br>1 FRESH FRUIT<br>3 OZ SARDINES<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE |
| DINNER<br>1 FRESH FRUIT<br>1 POT ROAST ENTREE<br>1 CUP VEG BEANS<br>1 CUP BROCCOLI<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT  BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | DINNER<br>1 FRESH FRUIT<br>1 CHICKEN CUTLET ENTREE<br>1 CUP CAULIFLOWER<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

## Certified Food 14 Day Menu Cycle

| DAY ELEVEN - WEDNESDAY | DAY TWELVE - THURSDAY |
|---|---|
| BREAKFAST<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG GRITS<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | BREAKFAST<br>1 FRESH FRUIT<br>2 CUPS DRY CEREALS<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG OATMEAL<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| LUNCH<br>1 FRESH FRUIT<br>6 TBSP PEANUT BUTTER<br>1 CUP BROCCOLI<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>3 PKG JELLY<br>2 PATS MARGARINE | LUNCH<br>1 FRESH FRUIT<br>3 OZ TUNA FISH<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MAYONNAISE<br>2 PATS MARGARINE |
| DINNER<br>1 FRESH FRUIT<br>1 FISH FILLET ENTREE<br>1 CUP VEG BEANS<br>1 CUP CAULIFLOWER<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>1 CUP SL CUCUMBER<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | DINNER<br>1 FRESH FRUIT<br>1 CHICKEN THIGH ENTREE<br>1 CUP BROCCOLI<br>1 CUP FRESH SPINACH<br>1 CUP CHOPPED CABBAGE<br>1/4 CUP SLICED ONION<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

Attachment A
Certified Food Menu
December 3, 2003
Page 7 of 7

## Certified Food 14 Day Menu Cycle

| DAY THIRTEEN - FRIDAY | DAY FOURTEEN - SATURDAY |
|---|---|
| **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG FARINA<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>1 3-4 OZ MUFFIN/DANISH<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **LUNCH**<br>1 FRESH FRUIT<br>4 OZ TURKEY COLD CUT<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>6 TBSP PEANUT BUTTER<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **DINNER**<br>1 FRESH FRUIT<br>1 SALISBURY STEAK ENTREE<br>1 CUP CAULIFLOWER<br>1 CUP CHOPPED CABBAGE<br>6 CARROT STICKS (3"-4")<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 FISH FILLET ENTREE<br>1 CUP VEG BEANS<br>1 CUP BROCCOLI<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

Nutritional Analysis for Cycle 1 Certified Foods Menu
**Females 19-30 years**

|  | Average | Goal % |
|---|---|---|
| Calories | 3084 | 140% |
| Protein | 116 g | 241% |
| Carbohydrates | 500 g | 166% |
| Dietary Fiber | 59 g | 192% |
| Fat - Total | 84.77 g | 116% |
| Cholesterol | 221 mg | 74% |

Vitamins

| | | |
|---|---|---|
| Vitamin A RE | 2202 RE | 315% |
| Thiamin-B1 | 3 mg | 275% |
| Riboflavin-B2 | 3.3 mg | 303% |
| Niacin-B3 | 39.5 mg | 282% |
| Vitamin-B6 | 3.57 mg | 275% |
| Vitamin-B12 | 9.3 mcg | 388% |
| Vitamin C | 345 mg | 460% |
| Vitamin D IU | 516 IU | 258% |
| Folate | 803 mcg | 201% |

Minerals

| | | |
|---|---|---|
| Calcium | 1444 mg | 144% |
| Iron | 32 mg | 180% |
| Magnesium | 638 mg | 206% |
| Phosphorus | 2353 mg | 336% |
| Potassium | 5238 mg | 150% |
| Sodium | 4977  mg | 207% |
| Zinc | 18.13 mg | 227% |

Nutritional Analysis for Cycle 1 Certified Foods Menu
**Females 31-50 years**

|  | Average | Goal% |
|---|---|---|
| Calories | 3084 | 140% |
| Protein | 116 g | 241% |
| Carbohydrates | 500 g | 166% |
| Dietary Fiber | 59 g | 192% |
| Fat - Total | 84.77 g | 116% |
| Cholesterol | 221 mg | 74% |

Vitamins

| Vitamin A RE | 2202 RE | 315% |
|---|---|---|
| Thiamin-B1 | 3.03 mg | 275% |
| Riboflavin-B2 | 3.34 mg | 303% |
| Niacin-B3 | 39.50 mg | 282% |
| Vitamin-B6 | 3.57 mg | 275% |
| Vitamin-B12 | 9.3 mcg | 388% |
| Vitamin C | 345 mg | 460% |
| Vitamin D IU | 516 IU | 258% |
| Folate | 803 mcg | 201% |

Minerals

| Calcium | 1444 g | 144% |
|---|---|---|
| Iron | 32 mg | 180% |
| Magnesium | 638 mg | 199% |
| Phosphorus | 2353 mg | 336% |
| Potassium | 5238 mg | 150% |
| Sodium | 4977 mg | 207% |
| Zinc | 18.13 mg | 227% |

Nutritional Analysis Report for Cycle 1 Certified Foods Menu
**Females 51-70 years**

|               | <u>Average</u> |      | <u>Goal %</u> |      |
|---------------|---------|------|--------|------|
| Calories      | 3084    |      | 140%   |      |
| Protein       | 116.35  | g    |        | 241% |
| Carbohydrates | 500.65  | g    |        | 166% |
| Dietary Fiber | 59.24   | g    | 192%   |      |
| Fat - Total   | 84.77   | g    | 116%   |      |
| Cholesterol   | 221.06  |      | mg     | 74%  |

Vitamins

| | | |
|---|---|---|
| Vitamin A RE | 2202 RE | 315% |
| Thiamin-B1 | 3 mg | 275% |
| Riboflavin-B2 | 3.3 mg | 303% |
| Niacin-B3 | 39.5 mg | 282% |
| Vitamin-B6 | 3.5 mg | 238% |
| Vitamin-B12 | 9.3 mcg | 388% |
| Vitamin C | 345 mg | 460% |
| Vitamin D IU | 516 IU | 129% |
| Folate | 803 mcg | 201% |

Minerals

| | | |
|---|---|---|
| Calcium | 1444 mg | 120% |
| Iron | 32 mg | 405% |
| Magnesium | 638 mg | 199% |
| Phosphorus | 2353 mg | 336% |
| Potassium | 5238 mg | 150% |
| Sodium | 4977 mg | 207% |
| Zinc | 18.13 mg | 227% |

Nutritional Analysis Summary for Cycle 1 Certified Foods Menu
**Males 19-30 years**

|  | Average | Goal% |
|---|---|---|
| Calories | 3084 | 106% |
| Protein | 116 g | 193% |
| Carbohydrates | 500 g | 126% |
| Dietary Fiber | 59 g | 146% |
| Fat - Total | 84 g | 88% |
| Cholesterol | 221 mg | 74% |

Vitamins

| Vitamin A RE | 2202 RE | 245% |
|---|---|---|
| Thiamin-B1 | 3.0 mg | 253% |
| Riboflavin-B2 | 3.3 mg | 257% |
| Niacin-B3 | 39.5 mg | 247% |
| Vitamin-B6 | 3.5 mg | 275% |
| Vitamin-B12 | 9.3 mcg | 388% |
| Vitamin C | 345 mg | 384% |
| Vitamin D IU | 516 IU | 258% |
| Folate | 803 mcg | 201% |

Minerals

| Calcium | 1444 mg | 144% |
|---|---|---|
| Iron | 32 mg | 405% |
| Magnesium | 638 mg | 160% |
| Phosphorus | 2353 mg | 336% |
| Potassium | 5238 mg | 150% |
| Sodium | 4977 mg | 207% |
| Zinc | 18.13 mg | 165% |

Nutritional Analysis Summery for Cycle 1 Certified Foods Menu
**Males 31-50 years**

|  | Average | Goal% |
|---|---|---|
| Calories | 3084 | 106% |
| Protein | 116 g | 193% |
| Carbohydrates | 500 g | 126% |
| Dietary Fiber | 59 g | 146% |
| Fat - Total | 84 g | 88% |
| Cholesterol | 221 mg | 74% |

Vitamins

| | | | |
|---|---|---|---|
| Vitamin A RE | 2202 RE | 245% | |
| Thiamin-B1 | 3 mg | 253% | |
| Riboflavin-B2 | 3.3 mg | 257% | |
| Niacin-B3 | 39.5 mg | 247% | |
| Vitamin-B6 | 3.5 mg | 275% | |
| Vitamin-B12 | 9.3 mcg | 388% | |
| Vitamin C | 345 mg | 384% | |
| Vitamin D IU | 516 IU | 258% | |
| Folate | 803 mcg | 201% | |

Minerals

| | | |
|---|---|---|
| Calcium | 1444 mg | 144% |
| Iron | 32 mg | 405% |
| Magnesium | 638 mg | 152% |
| Phosphorus | 2353 mg | 336% |
| Potassium | 5238 mg | 150% |
| Sodium | 4977 mg | 207% |
| Zinc | 18.13 mg | 165% |

For: Cycle 1 Certified Foods Menu
**Males 51-70 years**

|  | Average | Goal% |
|---|---|---|
| Calories | 3084 | 106% |
| Protein | 116 g | 193% |
| Carbohydrates | 500 g | 126% |
| Dietary Fiber | 59 g | 146% |
| Fat - Total | 84 g | 88% |
| Cholesterol | 221 mg | 74% |

Vitamins

| | | |
|---|---|---|
| Vitamin A RE 2202 RE | 245% | |
| Thiamin-B1 | 3 mg | 253% |
| Riboflavin-B2 3.3 mg | 257% | |
| Niacin-B3 | 39.5 mg | 247% |
| Vitamin-B6 | 3.5 mg | 210% |
| Vitamin-B12 | 9.3 mcg | 388% |
| Vitamin C | 345 mg | 384% |
| Vitamin D IU | 516 IU | 129% |
| Folate | 803 mcg | 201% |

Minerals

| | | |
|---|---|---|
| Calcium | 1444 mg | 120% |
| Iron | 32 mg | 405% |
| Magnesium | 638 mg | 152% |
| Phosphorus | 2353 mg | 336% |
| Potassium | 5238 mg | 150% |
| Sodium | 4977 mg | 207% |
| Zinc | 18.13 mg | 165% |

Nutritional Analysis for Cycle 2 Certified Foods Menu
**Females 19-30 years**

| Calories | 3087 | 140% |
|---|---|---|
| Protein | 116 g | 242% |
| Carbohydrates | 496  g | 164% |
| Dietary Fiber | 59 g | 194% |
| Fat - Total | 86.66 g | 118% |
| Cholesterol | 208 mg | 70% |

Vitamins

| Vitamin A RE | 2423 RE | 346% |
|---|---|---|
| Thiamin-B1 | 3.04 mg | 276% |
| Riboflavin-B2 | 3.32 mg | 302% |
| Niacin-B3 | 40.72 mg | 291% |
| Vitamin-B6 | 3.60 mg | 277% |
| Vitamin-B12 | 8.70 mcg | 363% |
| Vitamin C | 342 mg | 457% |
| Vitamin D IU | 507 IU | 254% |
| Folate | 816 mcg | 204% |

Minerals

| Calcium | 1413  mg | 141% |
|---|---|---|
| Iron | 33.2 mg | 184% |
| Magnesium | 639 mg | 206% |
| Phosphorus | 2308 mg | 330% |
| Potassium | 5240 mg | 150% |
| Sodium | 5012 mg | 209% |
| Zinc | 17.27  mg | 216% |

Nutritional Analysis For Cycle 2 Certified Foods Menu
**Females 31-50 years**

| Calories | 3087 | 140% |
|---|---|---|
| Protein | 116 g | 242% |
| Carbohydrates | 496 g | 164% |
| Dietary Fiber | 59 g | 194% |
| Fat - Total | 86 g | 118% |
| Cholesterol | 208 mg | 70% |

Vitamins

| Vitamin A RE 2423 RE | | 346% |
|---|---|---|
| Thiamin-B1 | 3 mg | 276% |
| Riboflavin-B2 3.3 mg | | 302% |
| Niacin-B3 | 40 mg | 291% |
| Vitamin-B6 | 3.6 mg | 277% |
| Vitamin-B12 | 8.7 mcg | 363% |
| Vitamin C | 342 mg | 457% |
| Vitamin D IU | 507 IU | 254% |
| Folate | 816 mcg | 204% |

Minerals

| Calcium | 1413 mg | 141% |
|---|---|---|
| Iron | 33 mg | 184% |
| Magnesium | 639 mg | 200% |
| Phosphorus | 2308 mg | 330% |
| Potassium | 5240 mg | 150% |
| Sodium | 5012 mg | 209% |
| Zinc | 17.2 mg | 216% |

Nutritional Analysis For Cycle 2 Certified Foods Menu
**Females 51-70 years**

| | | |
|---|---|---|
| Calories | 3087 | 140% |
| Protein | 116 g | 242% |
| Carbohydrates | 496 g | 164% |
| Dietary Fiber | 59 g | 194% |
| Fat - Total | 86 g | 118% |
| Cholesterol | 208 mg | 70% |

Vitamins

| | | |
|---|---|---|
| Vitamin A RE | 2423 RE | 346% |
| Thiamin-B1 | 3 mg | 276% |
| Riboflavin-B2 | 3.3 mg | 302% |
| Niacin-B3 | 40.7 mg | 291% |
| Vitamin-B6 | 3.6 mg | 240% |
| Vitamin-B12 | 8.7 mcg | 363% |
| Vitamin C | 342 mg | 457% |
| Vitamin D IU | 507 IU | 127% |
| Folate | 816 mcg | 204% |

Minerals

| | | |
|---|---|---|
| Calcium | 1413 mg | 118% |
| Iron | 33 mg | 415% |
| Magnesium | 639 mg | 200% |
| Phosphorus | 2308 mg | 330% |
| Potassium | 5240 mg | 150% |
| Sodium | 5012 mg | 209% |
| Zinc | 17.2 mg | 216% |

Nutritional Analysis For Cycle 2 Certified Foods Menu
**Males 19-30 years**

|  | Average | Goal% |
|---|---|---|
| Calories | 3087 | 106% |
| Protein | 116 g | 194% |
| Carbohydrates | 496 g | 125% |
| Dietary Fiber | 59 g | 147% |
| Fat - Total | 86 g | 90% |
| Cholesterol | 208 mg | 70% |

Vitamins

| Vitamin A RE | 2423 RE | 269% |
|---|---|---|
| Thiamin-B1 | 3 mg | 253% |
| Riboflavin-B2 | 3.3 mg | 256% |
| Niacin-B3 | 40.7 mg | 254% |
| Vitamin-B6 | 3.6 mg | 277% |
| Vitamin-B12 | 8.7 mcg | 363% |
| Vitamin C | 342 mg | 381% |
| Vitamin D IU | 507 IU | 254% |
| Folate | 816 mcg | 204% |

Minerals

| Calcium | 1413 mg | 141% |
|---|---|---|
| Iron | 33 mg | 415% |
| Magnesium | 639 mg | 160% |
| Phosphorus | 2308 mg | 330% |
| Potassium | 5240 mg | 150% |
| Sodium | 5012 mg | 209% |
| Zinc | 17.2 mg | 157% |

Nutritional Analysis For Cycle 2 Certified Foods Menu
**Males 31-50 years**

| Calories | 3087 | 106% |
|---|---|---|
| Protein | 116 g | 194% |
| Carbohydrates | 496 g | 125% |
| Dietary Fiber | 59 g | 147% |
| Fat - Total | 86 g | 90% |
| Cholesterol | 208 mg | 70% |

Vitamins

| Vitamin A RE | 2423 RE | 269% |
|---|---|---|
| Thiamin-B1 | 3 mg | 253% |
| Riboflavin-B2 | 3.3 mg | 256% |
| Niacin-B3 | 40.7 mg | 254% |
| Vitamin-B6 | 3.6 mg | 277% |
| Vitamin-B12 | 8.7 mcg | 363% |
| Vitamin C | 342 mg | 381% |
| Vitamin D IU | 507 IU | 254% |
| Folate | 816 mcg | 204% |

Minerals

| Calcium | 1413 mg | 141% |
|---|---|---|
| Iron | 33 mg | 415% |
| Magnesium | 639 mg | 152% |
| Phosphorus | 2308 mg | 330% |
| Potassium | 5240 mg | 150% |
| Sodium | 5012 mg | 209% |
| Zinc | 17.2 mg | 157% |

Nutritional Analysis For Cycle 2 Certified Foods Menu
**Males 51-70 years**

| | | |
|---|---|---|
| Calories | 3087 | 106% |
| Protein | 116 g | 194% |
| Carbohydrates | 496 g | 125% |
| Dietary Fiber | 59 g | 147% |
| Fat - Total | 86 g | 90% |
| Cholesterol | 208 mg | 70% |

Vitamins

| | | |
|---|---|---|
| Vitamin A RE | 2423 RE | 269% |
| Thiamin-B1 | 3 mg | 253% |
| Riboflavin-B2 | 3.3 mg | 256% |
| Niacin-B3 | 40.7 mg | 254% |
| Vitamin-B6 | 3.6 mg | 212% |
| Vitamin-B12 | 8.7 mcg | 363% |
| Vitamin C | 342 mg | 381% |
| Vitamin D IU | 507 IU | 127% |
| Folate | 816 mcg | 204% |

Minerals

| | | |
|---|---|---|
| Calcium | 1413 mg | 118% |
| Iron | 33 mg | 415% |
| Magnesium | 639 mg | 152% |
| Phosphorus | 2308 mg | 330% |
| Potassium | 5240 mg | 150% |
| Sodium | 5012 mg | 209% |
| Zinc | 17.2 mg | 157% |