

**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Washington, D.C. 20534*

December 3, 2004

MEMORANDUM FOR R. E. HOLT, REGIONAL DIRECTOR
                SOUTHEAST REGION

                //s//
FROM:       Maryellen Thoms, Assistant Director
            Health Services Division

SUBJECT:    Policy Waiver - P.S. 4700.04
            Religious Certified Food Program Menu

This is in response to your request for waiver to the Religious Diet menu at the Federal Correctional Institution (FCI) in Talladega, Alabama.

The Religious Certified Food Program cited in the Food Service Manual, P.S. 4700.04, Chapter 7, stating: changes to the planned menu may not be made at the institutional level, except when seasonal availability of specific fresh produce items dictates that temporary substitutions be made, is designed to ensure consistency and adequate nutrition for participants of the program. In their request for waiver, FCI Talladega notes very specific needs during renovation and requests utilizing the certified food menu in place at the Federal Correctional Complex (FCC) Coleman where the certified food pilot menu is being utilized. The certified food pilot menu in use at FCC Coleman has been nutritionally analyzed and found to be nutritionally adequate while reducing food handling, therefore, the requested change will meet the needs of the institution during renovation and the intent of the policy.

FCI Talladega is granted a waiver from the section of the Food Service Manual detailed above during the renovation of Food Service, to the extent that they will not deviate from the certified food pilot menu except when seasonal availability of specific fresh produce items dictates that temporary substitutions be made. The institution will need to place this waiver in the front of the Food Services Manual.



If you have any questions or concerns, please do not hesitate to contact me or have your staff contact Tom Issermoyer, National Food and Farm Administrator at (202) 305-1785.

cc: Martha L. Jordan, Warden, FCI Talladega
    PRD, Food Service Section
    File

06 1530

FILED

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# PILOT PROGRAM – Certified Religious Diet Menu (Week One)
## FCI TALLADEGA

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 Portion Kosher Fruit<br>1 Pkg Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar | 1 Portion Kosher Fruit<br>2 Cups Dry Cereal<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Pkg Inst Grits<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar | 1 Portion Kosher Fruit<br>1 Pkg Inst Oatmeal<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>2 Cups Dry Cereal<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar |
| **CHEESE OMELET**<br>1 portion Kosher Fruit<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>8 oz sweet beverage | **SALISBURY STEAK MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | 3-4 oz ind Sardines<br>Potato Chips<br>Vegetable Juice<br>4 slices Bread<br>4 Pats Margarine (P)<br>Mayonnaise 9 gram<br>Mustard 5,5 gram<br>8 oz sweet beverage<br>Kosher Cookie | **STUFFED SHELL MEAL**<br>1 Kosher Cookie<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **SALAMI LUNCHEON MEAT MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **SPAGHETTI W/ MEATBALLS MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | 3-4 oz Ind Tuna<br>Potato Chips<br>Vegetable Juice<br>4 slices Bread<br>4 Pats Margarine (P)<br>Mayonnaise (P)<br>Mustard (P)<br>8 oz sweet beverage<br>Kosher Cookie |
| **ROAST CHICKEN MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **BEEF GOULASH MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **CHICKEN CACCIATORE MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **BEEF BRISKET MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **DICED CHICKEN MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **SOLE FILLET MEAL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | 2 Cups Dry Cereal<br>2 oz Peanut Butter<br>2 Pkg Jelly 10 gm.<br>Vegetable Juice<br>4 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pats Margarine (P)<br>1 Portion Kosher Fruit |

# PILOT PROGRAM - Certified Religious Diet Menu (Week Two)
## FCI TALLADEGA

| Sunday | Monday-HOLIDAY | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 Portion Kosher Fruit<br>1 Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar | 1 Portion Kosher Fruit<br>2 Cups Dry Cereal<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Pkg Inst Grits<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar | 1 Portion Kosher Fruit<br>1 Pkg Inst Oatmeal<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar | 1 Portion Kosher Fruit<br>1 Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar |
| **PLAIN OMELET**<br>1 portion Kosher Fruit<br>2 Cups Dry Cereal<br>2 Slices Bread<br>2 Cups 2% Milk<br>8 oz sweet beverage | 3-4 oz Ind Tuna<br>Potato Chips<br>Vegetable Juice<br>4 slices Bread<br>4 Pats Margarine (P)<br>Mayonnaise (P)<br>Mustard (P)<br>8 oz sweet beverage<br>Kosher Cookie | **SALISBURY STEAK DINNER**<br>1 portion Kosher Fruit<br>4 Slices Bread<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **TURKEY LUNCHEON MEAT**<br>1 portion Kosher Fruit<br>4 Slices Bread<br>Potato Chips<br>Vegetable Juice<br>Mayonnaise 9 gram<br>Mustard 5,5 gram<br>8 oz sweet beverage | **LASAGNE DINNER**<br>1 Kosher Cookie<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **DICED CHICKEN DINNER**<br>2 Cups Dry Cereal<br>2 oz Peanut Butter<br>2 Pkg Jelly 10 gm.<br>4 Slices Bread<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | 3-4 oz ind Sardines<br>Potato Chips<br>Vegetable Juice<br>4 slices Bread<br>4 Pats Margarine (P)<br>Mayonnaise 9 gram<br>Mustard 5,5 gram<br>8 oz sweet beverage<br>Kosher Cookie |
| **ROAST TURKEY DINNER**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **BEEF POT ROAST DINNER**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **CHICKEN CACCIATORE**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **MEATLOAF DINNER**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **FLOUNDER DINNER**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | **SPAGHETTI W/ MEATBALL**<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | 2 Cups Dry Cereal<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pats Margarine (P)<br>1 Portion Kosher Fruit |

# PILOT PROGRAM – Certified Religious Diet Menu (Week Three)
## FCI TALLADEGA

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 Portion Kosher Fruit<br>2 Cups Dry Cereal<br>1 Danish Pastry<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar | 1 Portion Kosher Fruit<br>2 Cups Dry Cereal<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Pkg Inst Grits<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar | 1 Portion Kosher Fruit<br>1 Pkg Inst Oatmeal<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>2 Cups Dry Cereal<br>2 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pkg Jelly 10 gm.<br>2 Pats Margarine (P) | 1 Portion Kosher Fruit<br>1 Danish Pastry<br>2 Cups Dry Cereal<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar |
| SPANISH OMELET/POTATOES<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | STUFFED SHELL MEAL<br>1 Kosher Cookie | BOLOGNA LUNCHEON MEAT<br>1 portion Kosher Fruit<br>4 Slices Bread<br>Potato Chips<br>Vegetable Juice<br>Mayonnaise 9 gram<br>Mustard 5,5 gram<br>8 oz sweet beverage | BEEF BRISKET MEAL<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | 3-4 oz Ind Sardines<br>Potato Chips<br>Vegetable Juice<br>4 slices Bread<br>4 Pats Margarine (P)<br>Mayonnaise (P)<br>Mustard (P)<br>8 oz sweet beverage<br>Kosher Cookie | SALISBURY STEAK MEAL<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | 2 Cups Dry Cereal<br>2 oz Peanut Butter<br>2 Pkg Jelly 10 gm.<br>Vegetable Juice<br>4 Slices Bread<br>2 Cups 2% Milk<br>1 Cup Coffee<br>6 Pkg Sugar<br>2 Pats Margarine (P)<br>1 Portion Kosher Fruit |
| BEEF POT ROAST<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | CHICKEN MEAL<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | MEATLOAF MEAL<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | ROAST CHICKEN MEAL<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | ROAST TURKEY MEAL<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | FILLET OF FISH<br>1 portion Kosher Fruit<br>3 Slices Bread<br>4 Pats Margarine (P)<br>8 oz sweet beverage | 3-4 oz ind Tuna<br>Potato Chips<br>Vegetable Juice<br>4 slices Bread<br>4 Pats Margarine (P)<br>Mayonnaise 9 gram<br>Mustard 5,5 gram<br>8 oz sweet beverage<br>Kosher Cookie |