BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Birmingham/Assistant Food Service Admin | DATE: 12/21/2005 |
|---|---|
| FROM: Garry Okpala | REGISTER NO.: 43667-019 |
| WORK ASSIGNMENT: Education | UNIT: Delta - A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

    This is to inform you that the present "Common Fare" menus are not being followed and that at least on two nights within the last two weeks, rotten or spoiled fish(Flounder) entree has been served. I brought this problem to your attention the first time, but it happened again a second time which prompted this cop-out.

    I request that present "Common Fare" menu be followed until the new kitchen opens whe the regular menu will return.

cc: Mr. Braggs(A.W.)
    Chaplain Nelson
    Chaplain Bowen

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Ex. C

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Birmingham/Assistant Food Service Admin. | DATE: 12/21/2005 |
|---|---|
| FROM: Garry Okpala | REGISTER NO.: 43667-019 |
| WORK ASSIGNMENT: Education | UNIT: Delta-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This is a request for reinstatement of regular "Common Fare" menu schedule that was rescinded due to the renovation of the kitchen. Exhibit A, annexed hereto.

I inquired about this matter with Chaplain Bowen, I was advised to write to you.

I expected the regular "Common Fare" menu program to reinstated since the kitchen renovation has been completed and therefore, the reason for instituting the pilot program no longer exists. Besides, the pilot menu does not meet the religious dietary requirements as it does not consist of fresh tomato, onion, bell pepper, vegetable beans, cauliflower, spinach, broccoli, cabbage, cucumber, carrot, etc., as contained the regular menu that was rescinded due to the kitchen renovation. There is no adequate substitute for these fresh produce items. I am serving a thirty(30) year sentence. The present pilot program is not nutritionally adequate to meet my nutrition requirements as a paralegal.      (continued on back)

(Do not write below this line)

DISPOSITION:  F.C.I. Talladega is scheduled to continue the Religious Diet Pilot Program. Please refer to the attached memorandum regarding the nutritional adequacy of the program.

Signature Staff Member                       Date  1/20/06

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

FILED
AUG 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1530

Administrative Remedy No. - 403439-F1
Part B - Response

This is in response to your Request for Administrative Remedy, receipted February 13, 2006, in which you request the standard religious diet menus be reinstated.

A review of information revealed FCI Talladega will continue on the Religious Diet Pilot Program.

Based on the above information, your Request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days from the date of this response by submitting a form BP-230(13) to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, GA 30331-6226.

_____
D. B. Drew, Warden
FCI Talladega, Alabama

3/13/06
Date

Regional Administrative Remedy Appeal No. 403439-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted March 23, 2006. You allege the Food Service Department at your institution refuses to reinstate the Common Fare Menu used for the Religious Diet Program. Specifically, you state the institution's waiver to serve the Certified Pilot Religious Diet Menu was granted only to be served during the renovation of the Food Service Department, the Certified Pilot Religious Diet Menu is not nutritionally adequate, and the institution did not publish a change notice to the inmate population before adopting the Certified Pilot Religious Diet Menu. As relief, you request to have the regular Common Fare Menu reinstated.

Our investigation reveals the Food Service Department at your institution was granted a waiver from policy to serve the Certified Pilot Religious Diet Menu during the renovation of the Food Service Department. Upon evaluation of the Certified Pilot Religious Diet Menu, the decision to continue the menu was made. The institution is in the process of requesting a waiver to continue the menu. Further investigation reveals, the Certified Pilot Religious Diet Menu has been nutritionally analyzed by a Registered Dietitian and the menu meets or exceeds dietary requirements and all inmates who were participating in the Common Fare Menu were notified of the change before initiating the Certified Pilot Religious Diet Menu. New participants at your institution are notified of the changes in the Religious diet menus by Chaplaincy Services at the initial request to participate in the Religious Diet Program.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with this response, you may appeal to the Office of General Counsel, Bureau of Prisons, 320 First Street, N.W., Washington, D.C., 20534. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

4-13-06
Date

Regional Director, SERO

Administrative Remedy No. 403439-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you claim the pilot religious diet program does not provide fresh produce as required by Program Statement (PS) 4700.04, <u>Food Service Manual</u>. You request the original religious diet program be reinstated.

Our review of this matter reveals both the Warden and the Regional Director adequately addressed your concerns. Additionally, the Bureau is not required to post the specifics of the pilot program for public notice and comment prior to implementation. First, the program is not subject to a "legislative rule or regulation." Court decisions have ruled the Bureau's program statements are internal agency interpretations or explanations of statutory regulations. They are not subject to APA rule-making requirements. Second, the pilot program is not standard practice throughout the Bureau. We also note you are free to partake in regular fare meals rather than the religious diet program. Be mindful though, the variety of fresh produce offered by food service is dependent upon seasonal availability of produce.

We concur with their responses, finding no reason to reverse the decision regarding the continuance of the pilot program. The practicality and continuance of the program will be evaluated after the pilot is completed. Accordingly, your appeal is denied.

June 26, 2006
Date

Harrell Watts, Administrator
National Inmate Appeals