USPC
For DC

**FILED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FOR USE BY INCARCERATED PERSONS**

OKEY G. OKPALA
VS
BOP, ET AL

06 1530

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: Garry Okpala

   Present mailing address: FCI, PMB 1000 Talladega, Al 35760

2. Are you presently employed?   Yes ✓   No ____

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages. Inmate, FCI, Talladega, Alabama

   Monthly earnings: $3.50 per month

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _____

   _____

   Date last worked: _____

   Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ____   No ✓

   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____   No ✓

1

2

(c)    Pensions, annuities, or life insurance payments?    Yes ____    No ✓

(d)    Gifts or inheritances?    Yes ____    No ✓

(e)    Any other sources?    Yes ____    No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

4.    How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 1.00

5.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ____    No ✓

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support. None

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7/31/06

_____
SIGNATURE OF PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

OKEY GARRY OKPALA,                      )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )
                                        )       Case No.:
FEDERAL BUREAU OF PRISONS;              )       Evidentary Hearing Demanded
FEDERAL CORRECTIONAL INSTITUION         )
TALLADEGA, ALABAMA,                     )
                                        )
            Defendants.                 )

## MOTION TO PROCEED
## IN FORMA PAUPERIS

1.)  The Plaintiff herein, Okey Garry Okpala (:Mr. Okpala")
hereby moves for leave to proceed in forma pauperis for the purpose
of the complaint for declaratory judgment and injunctive relief filed
herewith, and states as follows:

1.)  Mr. Okpala is presently incarcerated at the Federal Cor-
rectional Institution, Talladega, Alabama, serving a 30 year sentence
without parole, based on an alleged drug conspiracy.

2.)  Due to Mr, Okpala's incarceration, he is presently unem-
ployed and does not have any assets, savings nor checking accounts.

3.)  Mr. Okpala is deemed indigent for the purpose of the said
complaint.

4.)  Mr. Okpala is without the financial ability to pursue
the said action unless granted in forma pauperis status.

5.)  In further support of this request, Mr. Okpala relies on
the attached financial affidavit filed herewith.

WHEREFORE, Mr. Okpala respectfully requests that he be granted
leave to so proceed.

Dated:  July 31, 2006.

**06 1529**

**RECEIVED**                    **FILED**

AUG 0 4 2006                  AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK    NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT               U.S. DISTRICT COURT

1

Respectfully Submitted

Okey GARRY Okpala
#43667-019
Pro-se/Paralegal
Federal Correctional Institution
PMB 1000
Talladega, AL. 35160