
# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 43667019 | Current Institution: | Talladega FCI | |
| Inmate Name: | OKPALA, GARRY | Housing Unit: | UNIT D | |
| Report Date: | 07/10/2006 | Living Quarters: | D03-010L | |
| Report Time: | 3:14:41 PM | | | |

FILED AUG 30 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT 06 1529

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | 7/9/2006 10:52:39 AM | ITS0709 | | | Phone Withdrawal | ($3.00) | | $1.89 |
| TDG | 7/8/2006 2:07:29 AM | FICD0606 - 1453 | | | Debt Encumbrance - Released | | $1.94 | -------- |
| TDG | 7/8/2006 2:07:29 AM | FICD0606 - 1408 | | | Debt Encumbrance - Released | | $0.06 | -------- |
| TDG | 7/8/2006 2:07:29 AM | FICD0606 | | | Inmate Co-pay | ($2.00) | | $4.89 |
| TDG | 7/7/2006 11:38:43 AM | FIPP0606 | | | Payroll - IPP | $5.25 | | $6.89 |
| TDG | 7/7/2006 11:38:43 AM | FICD0606 - 1453 | | | Debt Encumbrance | | ($1.94) | -------- |
| TDG | 6/29/2006 3:57:12 PM | FICD0606 - 1408 | | | Debt Encumbrance | | ($0.06) | -------- |
| TDG | 6/7/2006 6:40:12 PM | ITS0607 | | | Phone Withdrawal | ($6.00) | | $1.64 |
| TDG | 6/7/2006 1:08:12 PM | FIPP0506 | | | Payroll - IPP | $5.25 | | $7.64 |
| TDG | 5/6/2006 2:07:09 AM | FICD0506 - 1118 | | | Debt Encumbrance - Released | | $1.44 | -------- |
| TDG | 5/6/2006 2:07:09 AM | FICD0506 - 1039 | | | Debt Encumbrance - Released | | $0.56 | -------- |
| TDG | 5/6/2006 2:07:09 AM | FICD0506 | | | Inmate Co-pay | ($2.00) | | $2.39 |
| TDG | 5/5/2006 7:48:56 PM | ITS0505 | | | Phone Withdrawal | ($3.00) | | $4.39 |
| TDG | 5/5/2006 7:53:18 AM | FIPP0406 | | | Payroll - IPP | $5.25 | | $7.39 |
| TDG | 5/5/2006 7:53:18 AM | FICD0506 - 1118 | | | Debt Encumbrance | | ($1.44) | -------- |
| TDG | 5/1/2006 7:43:58 AM | FICD0506 - 1039 | | | Debt Encumbrance | | ($0.56) | -------- |
| TDG | 4/10/2006 5:03:42 PM | ITS0410 | | | Phone Withdrawal | ($3.00) | | $2.14 |
| TDG | 4/8/2006 2:07:00 AM | FICD0306 - 917 | | | Debt Encumbrance - Released | | $1.69 | -------- |
| TDG | 4/8/2006 2:07:00 AM | FICD0306 - 854 | | | Debt Encumbrance - Released | | $0.31 | -------- |
| TDG | 4/8/2006 2:07:00 AM | FICD0306 | | | Inmate Co-pay | ($2.00) | | $5.14 |
| TDG | 4/7/2006 8:29:04 AM | FIPP0306 | | | Payroll - IPP | $5.25 | | $7.14 |
| TDG | 4/7/2006 8:29:04 AM | FICD0306 - 917 | | | Debt Encumbrance | | ($1.69) | -------- |
| TDG | 3/27/2006 11:57:38 AM | FICD0306 - 854 | | | Debt Encumbrance | | ($0.31) | -------- |
| TDG | 3/8/2006 4:51:21 PM | ITS0308 | | | Phone Withdrawal | ($5.00) | | $1.89 |
| TDG | 3/7/2006 1:29:11 PM | FIPP0206 | | | Payroll - IPP | $5.25 | | $6.89 |
| TDG | 2/8/2006 10:34:38 PM | ITS0208 | | | Phone Withdrawal | ($6.00) | | $1.64 |
| TDG | 2/7/2006 8:26:45 AM | FIPP0106 | | | Payroll - IPP | $5.25 | | $7.64 |
| TDG | 1/11/2006 8:17:20 PM | ITS0111 | | | Phone Withdrawal | ($1.00) | | $2.39 |
| TDG | 1/6/2006 11:13:55 AM | FIPP1205 | | | Payroll - IPP | $1.20 | | $3.39 |
| TDG | 12/12/2005 5:05:01 PM | ITS1212 | | | Phone Withdrawal | ($5.00) | | $2.19 |
| TDG | 12/7/2005 9:14:03 AM | FIPP1105 | | | Payroll - IPP | $5.25 | | $7.19 |
| TDG | 11/8/2005 8:59:25 PM | ITS1108 | | | Phone Withdrawal | ($5.00) | | $1.94 |
| TDG | 11/7/2005 2:17:44 PM | FIPP1005 | | | Payroll - IPP | $5.25 | | $6.94 |

| | | | | | |
|---|---|---|---|---|---|
| TDG | 10/11/2005 6:07:20 PM | ITS1011 | Phone Withdrawal | ($2.00) | $1.69 |
| TDG | 10/11/2005 10:22:29 AM | 5JV0111 | Payroll - IPP | $1.20 | $3.69 |

Total Transactions: 35

Totals: ($0.60)  $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | $0.31 | $0.00 | $0.00 | $0.00 | $1.58 | $0.00 | $0.00 | $1.89 |
| Totals: | $0.31 | $0.00 | $0.00 | $0.00 | $1.58 | $0.00 | $0.00 | $1.89 |