IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

OKEY GARRY OKPALA,                )
                                  )
        Plaintiff,                )
                                  )
vs.                               )
                                  )   Case No.:
                                  )   Evidentiary Hearing Demended
FEDERAL BUREAU OF PRISONS;        )
FEDERAL CORRECTIONAL INSTITUION,  )
TALLADEGA, ALABAMA,               )
                                  )
        Defenants.                )

**SUPPLEMENTAL COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF**

AND NOW, COMES THE PLAINTIFF, Okey Garry Okpala ("Mr. Okpala"), by and through pro se, and pursuant to Rule 15(d), Fed.R.Civ.P., moves the Court for leave to supplement the above-referenced action with a Wall Street Journal's publication of July 25, 2006, of dietary guidelines reflecting recommended daily quantities of fruits and vegetables that are required to maintain normal health. Exhibit A, annexed hereto. This publication did not become available in the inmates leisure library until August 1, 2006. This publication supports Mr. Okpala's contention that the present pilot menu that is being served on the Common Fare program at FCI, Talladega, Alabama, is nutritionally inadequate because it does not contain any of the fresh produce items listed in Exhibit A herein and mentioned in the original complaint, in contravention of the Eighth and Fourteenth Amendments to the United States Constitution.

WHEREFORE, Mr. Okpala prays that this Court grants him leave to supplement the original complaint with the attached publication.

Dated: August 5, 2006.

1

<div style="text-align:right">
Respectfully Submitted

*Garry Okpala*

Okey Garry Okpala
#43667-019
Pro-se/Paralegal
Federal Correctional Institution
PMB 1000
Talladega, AL. 35160
</div>

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Supplemental Complaint for declaratory judgment and injunctive relief and motion for a preliminary injunction by depositing a copy of the same in the United States mail with adequate postage addressed to:

Director
Federal Bureau Of Prisons

Regional Director
Federal Bureau Of Prisons
Southeast Regional Office

Attorney General
of the United States

et al.

Dated: August 5, 2006.

*Garry Okpala*

Okey Garry Okpala
#43667-019
Pro-se/Paralegal



**Daily Allowances:** A 40-year-old man who exercises less than 30 minutes a day should eat two cups of fruit and three cups of vegetables.

Patrick Conlon

# More Reasons To Eat Your Veggies

## Growing Understanding of Health Benefits Spurs Stepped-Up Effort to Encourage Eating Produce

By SHIRLEY WANG And BETSY MCKAY

THE GOVERNMENT is stepping up its efforts to get people to eat more fruits and vegetables—and there are a growing number of reasons why they should.

To promote new dietary guidelines issued last year, U.S. health officials and the produce industry are ditching the familiar "5 A Day" slogan, which urged Americans to eat at least five servings of fruits and vegetables a day, and which has been plastered on everything from baskets of strawberries to pencils handed out in schools. Beginning in March, a new message will be unveiled: "Fruits and Veggies—More Matters."

The guidelines, which were accompanied by the revamping of the government's food pyramid, include specific amounts of produce, measured in cups, rather than the old, vaguer "servings." And they vary by age, sex and level of activity for everyone over the age of two. A 40-year-old woman, for instance, should eat 2.5 cups of vegetables and 1.5 cups of fruit daily if she exercises less than 30 minutes a day—more if she is more active. A 65-year-old man who exercises less than 30 minutes a day should eat 2.5 cups of vegetables and two cups of fruit.

Published jointly by the Department of Health and Human Services and the Department of Agriculture, the more-individualized advice usually adds up to more than the old five servings, which equaled 2.5 cups of fruits and vegetables. People can calculate their individual needs at www.mypyramid.gov.

The push to step up produce consumption is fueled in part by a growing body of evidence that fruits and vegetables offer even more health benefits than previously understood, and may play roles in preventing heart and eye disease, as well as stomach cancer and other cancers. About 2004, the Institute of Medicine, a federal advisory

**Plus**

Which fruits and vegetables are the most...

See Page D3

and vegetable consumption.

Eating lots of fruits and vegetables may also be one of the best ways to lose weight. For instance, a survey of 7,356 adults published last month in the American Journal of Clinical Nutrition found that those who ate at least 4.5 cups of fruits and vegetables a day were less likely than people who ate less to be obese—even if their diet was high in fat, says Barbara Rolls, one of the study's authors. "Fruits and vegetables really are key players in determining weight status," she says.

There are signs that high consumption of produce may improve bone health, helping stave off osteoporosis. One recent study, also published in the American Journal of Clinical Nutrition, found an association between high fruit and vegetable intake and bone mineral density in boys and girls ages 16 to 18, and a similar association involving fruit intake in women ages 60 to 83. Vitamin C and other antioxidants in fruit may play a role, the study's authors concluded.

Scientists are increasingly exploring the benefits of compounds known as phytonutrients—chemicals in plant pigment that can serve as antioxidants, battling free radicals that cause cell damage. Eating tomatoes and tomato products, which contain the phytonutrient lycopene, has been associated with a reduced risk of prostate cancer, and perhaps cardiovascular disease as well, according to several large epidemiological studies in humans.

Scientists also caution that it's better to eat an actual fruit or vegetable rather than take a pill containing its nutrients. Phytonutrients seem to work in teams, and the impact on health isn't always the same if people are given a high dose of one isolated compound, according to a 2004 review of the literature, conducted by Rui Hai Liu, an associate professor at Cornell University. For example, in one study of 29,133 male smokers published in the New England Journal of Medicine in 1996, participants who took high doses of beta carotene actually had an 18% higher rate of lung cancer compared with the group that wasn't given supplements.

Americans also need to eat more of certain vegetables. Potatoes, corn and peas make up 40% of the vegetables that Americans consume, according to the CDC. People aren't eating enough dark green vegetables like broccoli and brussels sprouts, which contain lots of vitamin C and many phytonutrients, or citrus, which is high in vitamin C and fiber, nutritionists say. "There's no question right now that Americans are eating a very narrow spectrum of fruits and vegetables," says Jennifer Seymour, an epidemiologist in the CDC's division of nutrition and physical activity.

Produce that is bitter and dark-colored has more phytonutrients than lighter-colored produce, says plant physiologist Charles Caldwell at the USDA's Agriculture Research Service. Still, lighter-colored produce has plenty of benefits, and scientists are working on ways to make it even healthier. Flavonoids, another type of phytochemical with possible anticancer properties, can be doubled or tripled in leaf lettuce grown in greenhouses just by exposing the plants to ultraviolet light, the same rays that [illegible] our skin, according to research published last year by Steven Britz, a plant physiologist at the USDA's Agriculture Research Service. Dr. Caldwell found that lettuce at the front of store shelves had more flavonoids than those at the back, which suggests that fluorescent lights—which emit small doses of UV rays—may help them retain or even increase their nutrients.

To get the most nutrients out of fruits and vegetables, it's important to be aware of the impact of cooking, both good and bad, nutritionists say. Heat can destroy vitamin B and C to some extent, but other vitamins aren't affected. Cooking certain fibrous vegetables, like carrots, breaks down their cell walls and appears to actually increase our ability to absorb their nutrients (although so does chewing). Minerals aren't damaged by heat, but some such as potassium, leach out into the water. So when boiling vegetables, use as little water as possible and don't overcook.

Frozen vegetables and fruits retain the same nutrients as fresh, nutritionists say. Produce may actually be more nutritious if it is flash-frozen immediately after harvest, compared with fresh produce, which may lose nutrients if it sits too long before being eaten. Most fruits don't ripen after they are picked, and they are at their peak nutrition at their peak ripeness, says Cynthia Sass, a dietitian and spokeswoman for the American Dietetic Association. Canned vegetables are nearly as good as fresh or frozen, although some vitamins are lost through the canning process. While canned vegetables are often softer than fresh, the fiber remains, nutritionists say.

"Many people feel guilty if they don't have it fresh," says Lisa Dorfman, a sports nutritionist and spokeswoman for the American Dietetic Association. "You can have it frozen, and you can have it canned."

| VEGETABLE | BENEFIT | COMMENT |
|---|---|---|
| Spinach | Extremely good source of vitamins A, C and K (bone health); the minerals folate and magnesium; and phytonutrients flavonoids and carotenoids (prostate cancer). | Cooked spinach provides more vitami[n] than fresh; lutein, which may protect e[yes] against macular degeneration, is foun[d in] spinach but is more bioavailable if eat[en] with egg yolks. |
| Romaine lettuce | Two-cup serving provides nearly 60% of the daily value of vitamin A, as well as a good source of vitamin C, folate, manganese and folic acid. | Folic acid is used to convert homocyst[eine,] which damages blood vessels. |
| Broccoli | Lots of vitamins A and C, folate; glucosinolates and other compounds that may help prevent cancer, cardiovascular disease, cataracts, ulcers. | Broccoli sprouts are believed to contai[n] many times more sulforaphane, a phytonutrient that can protect against cancer, than mature broccoli. |
| Tomatoes | Good source of vitamin C and the carotenoid lycopene. Frequent consumption of tomato-based products has been associated with lower rates of prostate cancer. | Technically a fruit, but consumed often a[s] a vegetable. |
| Bell peppers | Large amounts of vitamin C and A, also B6 and folic acid. One study found low vitamin C intake is associated with greater likelihood of rheumatoid arthritis. | Red peppers have lycopene. Some amo[unts] of vitamins B and C are lost in the cooki[ng] process; peppers may be best eaten raw |

| FRUIT | BENEFIT | COMMENT |
|---|---|---|
| Cantaloupe | [illegible] contains over 100% daily value for vitamins C and A; fruit is associated with decreased risk of cataracts. | It's important to wash melon before cutt[ing] into it because bacteria can grow on the outside. |
| Tangerines | Rich in vitamins C and A, also a good source of potassium and vitamin E. | Many studies link high citrus consumptio[n] with lower risk of cancers of the esophagus, mouth and stomach. |
| Blueberries | Full of powerful antioxidant phytonutrients that stop free radical damage to cells, helping to prevent cataracts, glaucoma, varicose veins, hemorrhoids, heart disease and cancer. | Anthocyanins, the blue-reddish pigments in blueberries, are believed to enhance the effects of vitamin C and strengthen capillaries. |
| Apricots | In addition to vitamins A and C, high beta carotene and lycopene content may help protect vision. | Apricots also continue to ripen once they've been picked. |
| Raspberries | High in manganese and vitamin C. Berries in general are high in antioxidants, which help prevent damage to cells. | Manganese activates enzymes that are needed for the body to use other vitamins. |

Source: *In order of approximate naturally nutrient rich scores as defined by Adam Drewnowski, director of the Nutritional Sciences Program and professor of epidemiology and medicine at the University of Washington

Sources: Adam Drewnowski, the George Mateljan Foundation for the World's Healthiest Foods, WSJ reporting

# New Guidelines on Veggies

Continued From Page D1

will inspire people to at least add to their intake and expand the variety of foods they eat.

People who eat fruits and vegetables more than three times a day reduce their risk of having a stroke and dying from cardiovascular disease by nearly a quarter, compared with those who eat them less than once a day, according to an American Journal of Clinical Nutrition study examining data from a national epidemiological survey. Many other studies find a similar inverse relationship between various chronic diseases and fruit and vegetable consumption.

Eating lots of fruits and vegetables may also be one of the best ways to lose weight. For instance, a survey of 7,356 adults published last month in the American Journal of Clinical Nutrition found that those who ate at least 4.5 cups of fruits and vegetables a day were less likely than people who ate less to be obese—even if their diet was high in fat, says Barbara Rolls, one of the study's authors. "Fruits and vegetables really are key players in determining weight status," she says.

There are signs that high consumption of produce may improve bone health, helping stave off osteoporosis. One recent study, also published in the American Journal of Clinical Nutrition, found an association between high fruit and vegetable intake and bone mineral density in boys and girls ages 16 to 18, and a similar association involving fruit intake in women ages 60 to 83. Vitamin C and other antioxidants in fruit may play a role, the study's authors concluded.

Scientists are increasingly exploring the benefits of compounds known as phytonutrients—chemicals in plant pigment that can serve as antioxidants, battling free radicals that cause cell damage. Eating tomatoes and tomato products, which contain the phytonutrient lycopene, has been associated with a reduced risk of prostate cancer, and perhaps cardiovascular disease as well, according to several large epidemiological studies in humans.

Scientists also caution that it's better to eat an actual fruit or vegetable rather than take a pill containing its nutrients. Phytonutrients seem to work in teams, and the impact on health isn't always the same if people are given a high dose of one isolated compound, according to a 2004 review of the literature, conducted by Rui Hai Liu, an associate professor at Cornell University. For example, in one study of 29,133 male smokers published in the New England Journal of Medicine in 1996, participants who took high doses of beta carotene actually had an 18% higher rate of lung cancer compared with the group that wasn't given supplements.

Americans also need to eat more of certain vegetables. Potatoes, corn and peas make up 40% of the vegetables that Americans consume, according to the CDC. People aren't eating enough dark green vegetables like broccoli and brussels sprouts, which contain lots of vita...

the same rays that tan our skin, according to research published last year by Steven Britz, a plant physiologist at the USDA's Agriculture Research Service...

water as possible and don't overcook. Frozen vegetables and fruits retain the same nutrients as fresh, nutritionists say. Produce may actually be...

## The Produce Aisle
Ten top-rated nutritious fruits and vegetables*

| VEGETABLE | BENEFIT | COMMENT |
|---|---|---|
| Spinach | Extremely good source of vitamins A, C and K (bone health), the minerals iron and magnesium, and phytonutrients, flavonoids and carotenoids (prostate cancer). | Cooked spinach provides more lutein against macular degeneration than raw spinach, but is more bioavailable if eaten with egg yolks. |
| Romaine lettuce | Two-cup serving provides nearly 60% of the daily value of vitamin A, as well as a good source of vitamin C, folate, manganese and folic acid. | Folic acid is used to convert homocysteine, which damages blood vessels. |
| Broccoli | Lots of vitamins A and C, folate, glucosinolates and other compounds that may help prevent cancer, cardiovascular disease, cataracts, ulcers. | Broccoli sprouts are believed to contain many times more sulforaphane, a phytonutrient that can protect against cancer, than mature broccoli. |
| Tomatoes | Good source of vitamin C and the carotenoid lycopene. Frequent consumption of tomato-based products has been associated with lower rates of prostate cancer. | Technically a fruit, but consumed often as a vegetable. |
| Bell peppers | Large amounts of vitamin C and A, also B6 and folic acid. One study found low vitamin C intake is associated with greater likelihood of rheumatoid arthritis. | Red peppers have lycopene. Some amount of vitamins B and C are lost in the cooking process; peppers may be best eaten raw. |

| FRUIT | BENEFIT | COMMENT |
|---|---|---|
| Cantaloupe | 1 cup contains over 100% daily value for vitamins C and A; fruit is associated with decreased risk of cataracts. | It's important to wash melon before cutting into it because bacteria can grow on the outside. |
| Tangerines | High in vitamins C and A, also a good source of potassium and vitamin E. | Many studies link high citrus consumption with lower risk of cancers of the esophagus, mouth and stomach. |
| Blueberries | Full of powerful antioxidant phytonutrients that stop free radical damage to cells, helping to prevent cataracts, glaucoma, varicose veins, hemorrhoids, heart disease and cancer. | Anthocyanins, the blue-reddish pigments in blueberries, are believed to enhance the effects of vitamin C and strengthen capillaries. |
| Apricots | In addition to vitamins A and C, high beta carotene and lycopene content may help protect vision. | Apricots also continue to ripen once they've been picked. |
| Raspberries | High in manganese and vitamin C. Berries in general are high in antioxidants, which help prevent damage to cells. | Manganese activates enzymes that are needed for the body to use other vitamins. |

Source: *In order of approximate naturally nutrient rich scores as defined by Adam Drewnowski, director of the Nutritional Sciences Program and professor of epidemiology and medicine at the University of Washington.
Sources: Adam Drewnowski, the George Mateljan Foundation for the World's Healthiest Foods; WSJ reporting