UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

OKEY GARRY OKPALA,                )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Civil Action No. 06-1530 RJL
                                  )
FEDERAL BUREAU OF PRISONS, et al.,)
                                  )
        Defendants.               )
                                  )

          DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME,
              AND MEMORANDUM IN SUPPORT THEREOF

Defendants hereby move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to Plaintiff's Complaint, as supplemented, in this action up to and including December 21, 2006. Plaintiff is a federal prisoner who provides no telephone number at which he can be reached. Accordingly, he has not been contacted to determine his position on this motion.[1]

This request is made because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this action is awaiting information from the Federal Bureau of Prisons that is required in order to address the filings Plaintiff has made to

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. Local Civil Rule 16.3(a) (emphasis added).

date. In addition, Defendants have filed this date a motion to transfer this action to the district of Plaintiff's incarceration. If that motion is granted, Defendants seek additional time to allow a new Assistant United States Attorney in Alabama to familiarize himself or herself with the facts of the case and to draft a response to the allegations in this action.

WHEREFORE, Defendants move for an enlargement of time to respond further in this action until December 21, 2006, or, should the action be transferred, thirty days after receipt of the file in the Northern District of Alabama.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

OKEY GARRY OKPALA
#43667-019
P.O. Box 1000
Talladega, AL  35160

on the 22nd day of November, 2006.

                                                 W. MARK NEBEKER, DC Bar #396739
                                                 Assistant United States Attorney
                                                 Civil Division
                                                 555 4th Street, N.W.
                                                 Washington, DC  20530
                                                 (202) 514-7230