UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OKEY GARRY OKPALA, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>FEDERAL BUREAU OF PRISONS, et al., )<br>)<br>      Defendants. )<br>_____ ) | Civil Action No. 06-1530 RJL |

### ORDER

UPON CONSIDERATION of Defendants' Motion To Transfer, for the grounds stated therefor, and based upon the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that this action be transferred to the Northern District of Alabama; and it is

FURTHER ORDERED that the clerk of the court shall effect the said transfer.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

OKEY GARRY OKPALA
#43667-019
P.O. Box 1000
Talladega, AL  35160