UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OKEY GARRY OKPALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1530 RJL |
| | ) |
| FEDERAL BUREAU OF PRISONS, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |
| | ) |

<u>ORDER</u>

UPON CONSIDERATION of Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof, for the grounds stated therefor, and based upon the entire record herein, it is on this \_\_\_\_\_ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time within which defendants shall respond further to plaintiff's filings in this action be and is hereby enlarged up to and including January 17, 2007, or, should the action be transferred, thirty days after receipt of the file in the Northern District of Alabama.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                    OKEY GARRY OKPALA
Assistant U.S. Attorney            #43667-019
Civil Division                     P.O. Box 1000
555 4th Street, N.W.               Talladega, AL  35160
Washington, DC  20530