```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

OKEY GARRY OKPALA,            )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 06-1530 RJL
                              )
FEDERAL BUREAU OF PRISONS, et al., )
                              )
          Defendants.         )
_____)
```

                                   ORDER

     UPON CONSIDERATION of Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, for the grounds stated therefor, and based upon the entire record herein, it is on this _____ day of _____, 2007, hereby

     ORDERED that the said motion should be and hereby is granted; and it is

     FURTHER ORDERED that this action be and is hereby dismissed.


                              _____
                              UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

OKEY GARRY OKPALA
#43667-019
P.O. Box 1000
Talladega, AL  35160