12/13/2006  12:58  6785851499                CHAPLAIN                                    PAGE  01/01
FILE No.258 04/26 '06 14:46  ID:FCI TDG WARDEN'S OFFICE   FAX:256 315 4495              PAGE  2/ 2



**U. S. Department of Justice**
*Federal Bureau of Prisons*
*Federal Correctional Institution*

*Talladega, Alabama 35160*

April 19, 2006

**MEMORANDUM FOR MARYELLEN THOMAS, ASSISTANT DIRECTOR**
                      **HEALTH SERVICES DIVISION**

**THRU:**      R. E. Holt, Regional Director, Southeast Region

**FROM:**      D. B. Drew, Warden
               FCI Talladega, Alabama

**SUBJECT:**   Request for Policy Waiver
               Program Statement 4700.4, Chapter 7
               Paragraphs 1 & 2

This memorandum is to request a policy waiver to the Food Service Manual. Specifically, Chapter 7, Religious Diets, as it pertains to the menu and menu changes.

FCI Talladega would like to continue utilizing the compartmentalized prepared tray to provide the certified food component of the Religious Diet Program. Currently, FCI Talladega and the adjacent Satellite Camp have 54 inmates participating in the Religious Diet Program. The pilot program menu has been well received by most of the participating inmates. We anticipate a continued reduction in cost by utilizing the prepared tray.

Should you require further information, please do not hesitate to contact my office.

EXHIBIT 1
CA 06-1530



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Washington, D.C. 20534
May 19, 2006

MEMORANDUM FOR KATHLEEN M. KENNEY
ASSISTANT DIRECTOR\GENERAL COUNSEL

          /S/
FROM:    Maryellen Thoms, Assistant Director
         Health Services Division

SUBJECT:  Exemption to Program Statement 4700.04
         Food Service Manual

Attached is a policy waiver request from the Southeast Regional Director, R. E. Holt, requesting a waiver to P.S. 4700.04, Food Service Manual, Religious Diet.

FCI Talladega and the adjacent Satellite Camp have 54 inmates participating in the Religious Diet Program. They further indicate that the pilot program menu has been well received by participating inmates and it is anticipated that there will be a continued reduction in cost by utilizing the prepared tray.

We are forwarding this request to your office for legal review and rules impact as required by P.S. 1221.66, Directives Management Manual. Upon completion of your review, please return this request along with your analysis and comments.

If you have any questions, please contact Melody Silverberg, National Health Systems Administrator, Health Services Division, at 202-616-9942.

cc:  R. E. Holt, Regional Director, Southeast Region
     D. B. Drew, Warden, FCI Talladega



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Washington, D.C. 20534*

June 30, 2006

MEMORANDUM FOR R. E. HOLT, REGIONAL DIRECTOR
SOUTHEAST REGION

FROM:  /S/
RADM Newton E. Kendig, M.D.
Medical Director

THRU:  /S/
Maryellen Thoms, Assistant Director
Health Services Division

SUBJECT:  Exemption to Program Statement 4700.04
Food Service Manual

I have reviewed the request from FCI Talladega seeking exemption to Program Statement 4700.04, Food Service Manual. FCI Talladega seeks an exemption to policy in order to continue utilizing the compartmentalized prepared tray to provide the certified food component of the Religious Diet Program.

The institution justification indicates that FCI Talladega and the adjacent Satellite Camp have 54 inmates participating in the Religious Diet Program. The pilot program menu has been well received by most of the participating inmates and it is anticipated that there will be a continued reduction in cost by utilizing the prepared tray. Based on the justification, this request for exemption to policy is granted.

cc:  D. B. Drew, Warden, FCI Talladega
Michael W. Garrett, SDAD, PRD
Melody Silverberg, NHSA
Karolyn Robinson, OGC
RHSA, SER
HSA, FCI Talladega