## RELIGIOUS DIET INTERVIEW QUESTIONNAIRE

**U.S. DEPARTMENT OF JUSTICE**             **FEDERAL BUREAU OF PRISONS**

| Name of Inmate: Garry OKPALA | Reg. No. 43667-019 | Date: 6-13-01 |
|---|---|---|

**1. What are your religious dietary needs?** My concern is with meat. My Religion lets it up to the individuals what they desire to eat.

**2. What are the religious reasons for your dietary needs?** Meat Slaughtered Properly — Chickens blood drained properly

**3. What does the term "certified processed foods" mean to you?** Food that has been inspected Properly and meet the Biblical requirements

**4. If you believe you need to be on the certified processed food line, how do you understand "kosher" or "halal"?** Kosher deals with Processing the food in a Proper Manner for Example Removing the blood. The Dietary requirements are met to satisfy the Religion

**5. Why can't your religious dietary needs be met by self-selecting foods from the mainline and salad/hot bar?** I don't eat the meat from the line. The food selection is not enough — for eight too much Pasta.

**6. Do you understand that you may only purchase and/or consume religiously certified foods from the Commissary, if you are approved for the certified food line?** Yes

These answers accurately reflect my religious dietary needs.

| Official Religious Preference: | Jehovah Witness | |
|---|---|---|
| Signature of Inmate: Garry Okpala | | Reg. No. 43667-019 |
| Signature of Chaplain: Keith O'Neill | | Date: 6-13-01 |

Religious Diet Accommodation: ____ Self-select main line;  ✓ Certified, processed food line

Record Copy - Inmate Central File; Copy - Chaplaincy File; Copy - Inmate



EXHIBIT 2
CA 06-1530

BP-S700.053 NOTIFICATION OF RELIGIOUS DIET ACCOMMODATION  CDFRM
AUG 00
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| Name of Inmate | Garry OKPALA | Register Number | 43167-019 |
| --- | --- | --- | --- |
| Unit | Gamma A | Religious Preference | Jehovah Witness |
| Date of Interview | 6-13-01 | Today's Date | 6-19-01 |

You were interviewed for participation in the Religious Diet Program. Upon review of the responses given in the interview questionnaire, it was determined that you are:

___ Approved to participate in the mainline component of Religious Diet Program, which includes access to the salad/hot bar only (where the salad/hot bar is part of the Food Service Program).

✓ Approved to certified, processed food component of Religious Diet Program, which includes access to the salad bar only (where the salad bar is part of the Food Service Program).

If you are not satisfied with this decision, you may appeal through the administrative remedy process.

| Chaplain's Signature | Date |
| --- | --- |
| Keith O'Neill | 6-19-01 |

Record Copy - Inmate Central File; Copy - Chaplaincy File; Copy - Inmate
(This form may be replicated via WP)