U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

**OPI:** HSD/FDS
**NUMBER:** 4700.05
**DATE:** 6/12/2006
**SUBJECT:** Food Service Manual

1. **PURPOSE AND SCOPE.** To standardize management of all Food Service operations within the Bureau.

2. **SUMMARY OF CHANGES**

   - Chapter 1, Administration, has been changed to remove references cited in Human Resource Management Manual concerning employee uniforms, employee position descriptions, and employee training; references to the Inventory Control (computer) System have been moved to comprehensive chapters on Computerized Food Service Management which detail the policy requirements of the current Computerized Food Service Management System; references to file retention have been removed and referenced in the appropriate section of the Records and Information Disposition Schedules.

   - Chapter 2, Custody and Security, has been removed as it restates policy contained in the Correctional Services Procedures Manual.

   - Chapter 3, Staff Personnel (Cook Supervisor), has been removed as it restates references cited in various Bureau policies concerning employee job qualifications, use of tobacco, inmate job descriptions, inmate training and orientation, performance pay, and food safety references elsewhere in the Food Service Manual.

   - Chapter 4, Menu Planning, is now Chapter 2 and has been changed to include references to the requirements of the new Computerized Food Service Management System; menu planning theory and recommendations were moved to the Food Service Technical Reference Manual.

   - Chapter 6, Institutional Gardens, is now Chapter 3 and has been changed to reflect current institutional garden requirements.
   - Chapter 5, Food Preparation, Chapter 10, Food Service Dining Room Operations, Chapter 11, Food Storage, Receiving and

EXHIBIT
3
CA-06-1530

Inventory, Chapter 12, Safety and Sanitation, and Chapter 13, Equipment, have been organized into separate comprehensive chapters on food safety based on the U.S. Public Health Service, Food and Drug Administration, Food Code (2005).

- Chapter 7, Religious Diets, is now Chapter 4 and is renamed Religious Diet Program to reflect changes in the Religious Beliefs and Practices policy and has been changed to reflect current program requirements.

- Chapter 8, Guidelines for Medical Diets/Self Selection on Mainline, is now Chapter 5 and has been changed to remove restated policy contained in the Patient Care PS.

- Chapter 9, Specialized Food Service Programs has been changed to move theory and recommendations into the Food Service Technical Reference Manual and references to food safety into the appropriate food safety related chapters of the Food Service Manual.

- Chapter 14, The Standard Ration, Chapter 15, Computerized Budget and Ration Requirements, Chapter 16, Computerized Storehouse Requisition, Chapter 17, Computerized Monthly Nutrition Report, Chapter 18, Computerized Stock Reference Cards, have been organized into separate comprehensive chapters on Computerized Food Service Management which detail the policy requirements of Food System 4, the authorized computer based Food Service management system.

3.  **PROGRAM OBJECTIVES.**  The expected results of this program are:

a.  Inmates will be provided with nutritionally adequate meals that are prepared and served in a manner that meets established governmental health and safety codes.

b.  Essential resources will be planned, developed, and managed to meet the operational needs of the Food Service program.

c.  Inmates assigned to the Food Service Department will be provided opportunities to acquire skills and abilities that may assist in obtaining employment after release.

d.  Inmates will be provided with nutritional information that enables them to determine and establish healthy eating habits that may enhance their quality of life.

4.  **DIRECTIVES AFFECTED**

a.  **Directive Rescinded**

 PS 4700.04     Food Service Manual (10/7/96)

b.  **Directives Referenced**

 PS 5500.12     Correctional Services Procedural Manual
                (10/10/03)
 PS 1600.08     Occupational Safety and Environmental Health
                Manual (8/6/99)
 PS 4400.05     Property Management Manual (5/26/04)
 PS 5360.09     Religious Beliefs and Practices (12/31/04)
 PS 6031.01     Patient Care (1/15/05)
 TRM 4701.02    Food Service Technical Reference Manual
                (8/21/98)

 U.S. Public Health Service, FDA, Food Code 2005
 Flexible and Compressed Work Schedules Act 1982
 Master Agreement

5.  **STANDARDS REFERENCED**

 American Correctional Association 4th Edition Standards for
 Adult Correctional Institutions:  4-4313, 4-4314, 4-4315,
 4-4316**(M)**, 4-4317, 4-4318, 4-4319, 4-4320, 4-4321**(M)**,
 4-4322**(M)**, 4-4323, 4-4324**(M)**, 4-4325, 4-4326, 4-4327, and
 4-4328

6.  **DEFINITIONS**

a.  **"Water Activity or a$_w$"** means water activity which is a
measure of the free moisture in a food, is the quotient of the
water vapor pressure of the substance divided by the vapor
pressure of pure water at the same temperature, and is indicated
by the symbol a$_w$.  The Water Activity of an item may be
determined by the use of a Water Activity Meter.

b.  **"Beverage"** means a liquid for drinking, including water.

c.  **"Food Contact Surface"** means a surface of equipment or a
utensil with which food normally comes into contact, or a surface
of equipment or a utensil from which food may drain, drip or
splash, into a food or onto a surface normally in contact with
food.

d.  **"Hermetically Sealed Container"** means a container that is
designed and intended to be secure against the entry of
microorganisms and in the case of low acid canned food, to
maintain the commercial sterility of its contents after
processing.

e.  **"Injected"** means manipulating a meat so that infectious or

PS 4700.05
6/12/2006
Page 4

toxigenic microorganisms may be introduced from its surface to its interior through tenderizing with deep penetration or injecting the meat such as by processes which may be referred to as injecting, pinning, or stitch pumping.

f.  **"No-Flesh"** means the item will be free of the flesh of all animals, fish, or birds.

g.  **"mg/L"** means milligrams per liter, which is the metric equivalent of parts per million (ppm).

h.  **"pH"** means the symbol for the negative logarithm of the hydrogen ion concentration, which is a measure of the degree of acidity or alkalinity of a solution.

i.  **"Potentially Hazardous Food"** means a food that is natural or synthetic and requires temperature control because it is in a form capable of supporting the rapid and progressive growth of infectious or toxigenic microorganisms, the growth and production of Clostridium botulinum, or in raw shell eggs, the growth of Salmonella Enteritidis.

> **Potentially Hazardous Food** includes an animal food that is raw or heat treated, a food of plant origin that is heat treated or consists of raw seed sprouts, cut melons, and garlic in oil mixtures.

> **Potentially Hazardous Food** does not include:

> - An air cooled hard boiled egg with shell intact, or shell egg that is not hard boiled, but has been treated to destroy all viable Salmonellae

> - A food with an $a_w$ value of 0.85 or less

> - A food with a pH level of 4.6 or below when measured at 75 degrees Fahrenheit

> - A food in an unopened hermetically sealed container that is commercially processed to achieve and maintain commercial sterility under conditions of non-refrigerated storage and distribution

j.  **"Ready to Eat Food"** means food that is edible without additional preparation to achieve food safety.  A ready to eat food may receive additional preparation for palatability or aesthetic, epicurean, gastronomic, or culinary purposes.

PS 4700.05
6/12/2006
Page 5

k.  **"Reduced Oxygen Packaging"** means the reduction of the amount of oxygen in a package by removing oxygen, displacing oxygen, or otherwise controlling the oxygen content to a level below that normally found in the surrounding atmosphere.

l.  **Hazard Analysis Critical Control Point plan (HACCP)** – a written document that delineates the formal procedures for following the Hazard Analysis Critical Control Point principles developed by The National Advisory Committee on Microbiological Criteria for Foods.

m.  Definitions not specifically listed can be found in the U.S. Public Health Service, FDA, Food Code 2005, Chapter One, Purpose and Definitions.

                              /s/
                         Harley G. Lappin
                         Director

PS 4700.05
6/12/2006
Table of Contents, Page i

# 1. Administration

1.  General Policy . . . . . . . . . . . . . . . . . . . . 1-1
2.  Institutional Organization and
      Staff Responsibilities . . . . . . . . . . . . . . 1-1
3.  Custody and Security . . . . . . . . . . . . . . . . 1-2
4.  Storage and Requisition of Supplies . . . . . . . . 1-2
5.  Ordering and Receipt of Controlled Stores . . . . . 1-3
6.  Stock Rotation . . . . . . . . . . . . . . . . . . . 1-3
7.  Inventory of Accountable Food Service Stores . . . . 1-3
8.  File Management . . . . . . . . . . . . . . . . . . 1-4
9.  Post Orders . . . . . . . . . . . . . . . . . . . . 1-4
10. Staff Meetings . . . . . . . . . . . . . . . . . . . 1-5
11. Staff Work Schedule . . . . . . . . . . . . . . . . 1-5
12. Annual Leave . . . . . . . . . . . . . . . . . . . . 1-5
13. Staff Training . . . . . . . . . . . . . . . . . . . 1-5
14. Inmate Training . . . . . . . . . . . . . . . . . . 1-6
15. Cleaning Schedules . . . . . . . . . . . . . . . . . 1-6
16. Meal Tickets and Staff Dining . . . . . . . . . . . 1-6
17. Equipment Maintenance Records . . . . . . . . . . . 1-7
18. Equipment Replacement . . . . . . . . . . . . . . . 1-7
19. Manual Temperature/Sanitizer Documentation . . . . 1-7
20. Automatic Temperature Monitoring . . . . . . . . . 1-7

# 2. Menu Planning

1. General Policy . . . . . . . . . . . . . . . . . . . 2-1
2. Menu Planning Considerations . . . . . . . . . . . . 2-1
3. Meal Planning . . . . . . . . . . . . . . . . . . . 2-1
4. Menu Contents . . . . . . . . . . . . . . . . . . . 2-1
5. Menu Cycles . . . . . . . . . . . . . . . . . . . . 2-1
6. Master Menu Cycle Update . . . . . . . . . . . . . . 2-1
7. Menu Item Alternatives . . . . . . . . . . . . . . . 2-2
8. Menu Requirements and Availability . . . . . . . . . 2-2
9. Nutritional Analysis . . . . . . . . . . . . . . . . 2-2

# 3. Institutional Garden Operations

1.  General Policy . . . . . . . . . . . . . . . . . . 3-1
2.  Responsibility . . . . . . . . . . . . . . . . . . 3-1

# 4. Religious Diet Program

1. No-Flesh Option . . . . . . . . . . . . . . . . . . 4-1
2. Certified Food Component . . . . . . . . . . . . . . 4-1
3. Participation . . . . . . . . . . . . . . . . . . . 4-3
4. Annual Ceremonial Meals . . . . . . . . . . . . . . 4-3
5. Fasts . . . . . . . . . . . . . . . . . . . . . . . 4-3
6. Ramadan . . . . . . . . . . . . . . . . . . . . . . 4-4

7.  Passover  . . . . . . . . . . . . . . . . . 4-4
8.  Religious Meal Accommodation  . . . . . . . . . 4-4
9.  Religious Diet Cost . . . . . . . . . . . . . 4-4

5. **Medical Diets/Self Selection on Mainline**

1.  General Policy . . . . . . . . . . . . . . . 5-1
2.  Responsibilities . . . . . . . . . . . . . . 5-1
3.  Mainline Self Selection of Medical Diets . . . . . 5-1
4.  Reference . . . . . . . . . . . . . . . . . 5-3
5.  Supplemental Feedings . . . . . . . . . . . . 5-3

6. **Specialized Food Service Programs**

1.  General Policy . . . . . . . . . . . . . . . 6-1
2.  Satellite Meal Service . . . . . . . . . . . . 6-1
3.  Satellite Meal Periods . . . . . . . . . . . . 6-1
4.  Satellite Menu Selections . . . . . . . . . . . 6-1
5.  Alternate Menu . . . . . . . . . . . . . . . 6-1
6.  Alternate Menu Contents . . . . . . . . . . . 6-1
7.  Transportation Meals . . . . . . . . . . . . . 6-2

7. **Food Safety Management, Personnel, and Receiving Requirements**

1.  Responsibility . . . . . . . . . . . . . . . 7-1
2.  Supervision . . . . . . . . . . . . . . . . 7-1
3.  Verification of Cooking and Cooling
       Temperatures . . . . . . . . . . . . . . . 7-1
4.  Formal Safety and Sanitation Inspections . . . . . 7-1
5.  Health and Hygiene . . . . . . . . . . . . . 7-2
6.  Food Receiving Requirements . . . . . . . . . . 7-5

8. **Food Safety - Protection After Receiving**

1.  Preventing Contamination from Hands . . . . . . . 8-1
2.  Preventing Contamination when Tasting . . . . . . 8-1
3.  Packaged and unpackaged Food - Separation,
       Packaging and Segregation . . . . . . . . . . 8-1
4.  Food Storage Containers Identified with
       Common Name of Food . . . . . . . . . . . . 8-2
5.  Washing Fruits and Vegetables . . . . . . . . . 8-2
6.  Storage or Display of Food in contact
       with water or ice . . . . . . . . . . . . . 8-2
7.  Food Contact with Equipment and Utensils . . . . . 8-2
8.  In Use Utensil Storage . . . . . . . . . . . . 8-2
9.  Linens, Napkins, Wiping Cloths, Use Limitation . . 8-3
10. Gloves, Use Limitation . . . . . . . . . . . . 8-3

11. Using Clean Tableware for Second Portions
    and Refills . . . . . . . . . . . . . . . . . . 8-3
12. Food Storage . . . . . . . . . . . . . . . . . . 8-3
13. Food Storage, Shelf Stable . . . . . . . . . . . 8-4
14. Storage, Prohibited Areas . . . . . . . . . . . 8-4
15. Food Display . . . . . . . . . . . . . . . . . . 8-4
16. Condiments, Protection . . . . . . . . . . . . . 8-4
17. Self Service Operations . . . . . . . . . . . . 8-5.

9. **Food Safety – Destruction of Organisms of Public Health Concern**

1. Raw Animal Foods . . . . . . . . . . . . . . . 9-1
2. Reheating for Hot Holding . . . . . . . . . . . 9-2

10. **Food Safety – Limitation of Growth of Organisms of Public Health Concern**

1. Temperature Control . . . . . . . . . . . . . . 10-1
2. Time as a Public Health Control . . . . . . . . 10-1
3. Cooling . . . . . . . . . . . . . . . . . . . . 10-2
4. Cooling Methods . . . . . . . . . . . . . . . . 10-2
5. Potentially Hazardous Food, Hot and
    Cold Holding . . . . . . . . . . . . . . . . . 10-2
6. Ready to Eat, Potentially Hazardous Food,
    Date Marking . . . . . . . . . . . . . . . . . 10-3
7. Food Preservation Limitations . . . . . . . . . 10-3
8. Reduced Oxygen Packaging (Cook Chill) Criteria . 10-4
9. Special Food Safety Requirements . . . . . . . . 10-5

11. **Food Safety – Equipment**

1. Food Equipment, Certification . . . . . . . . . 11-1
2. Use Limitation . . . . . . . . . . . . . . . . 11-1
3. Back-Flow Prevention . . . . . . . . . . . . . . 11-1
4. Walk-In Refrigerator and Freezer Requirements . . 11-1
5. Lubricants . . . . . . . . . . . . . . . . . . 11-1
6. Ware Washing and Sanitizing Requirements . . . . 11-2
7. Cleaning of Equipment and Utensils . . . . . . . 11-4
8. Protection of Clean Items . . . . . . . . . . . 11-7
9. Utensils, Consumer Self Service . . . . . . . . 11-8
10. Can Openers . . . . . . . . . . . . . . . . . . 11-8
11. Cutting Surfaces . . . . . . . . . . . . . . . . 11-8
12. Bulk Milk Dispensers . . . . . . . . . . . . . . 11-8
13. Temperature Measuring Devices . . . . . . . . . 11-9
14. Oven Maintenance and Security . . . . . . . . . 11-9
15. Deep Fat Frying . . . . . . . . . . . . . . . . 11-10
16. Waste Handling . . . . . . . . . . . . . . . . 11-10
17. Physical Facilities . . . . . . . . . . . . . . 11-11

PS 4700.05
6/12/2006
Table of Contents, Page iv

## 12. Computerized Food Service Management

1. General Policy . . . . . . . . . . . . . . . . . 12-1
2. Responsibility . . . . . . . . . . . . . . . . . 12-1
3. Operational Procedures . . . . . . . . . . . . . 12-1
4. Budget Management . . . . . . . . . . . . . . . . 12-2
5. Monthly Usage Report . . . . . . . . . . . . . . 12-3
6. Software Updates . . . . . . . . . . . . . . . . 12-3

**ADMINISTRATION
CHAPTER 1**

1. **GENERAL POLICY.** The Food Service Branch of the Health Services Division, under the general direction of the Bureau Assistant Director for Health Services, is responsible for coordination of training and policy development for Food Service Programs.

a. At the Central Office level, the Food Service Program is under the direct supervision of the National Administrator of Food and Farm Services (NFSA).

b. At the Regional level, the Regional Food Service Administrator (RFSA) is responsible for support and direction required to ensure food service programs and operations in the region are operated in accordance with established policy. The RFSA will provide support through institutional visits, distance learning methods, and other effective means as directed by the respective Regional Director.

c. At the Institution level, the Food Service Program will be under the direct supervision of the Food Service Administrator (FSA), with general supervision as directed by the CEO.

2. **INSTITUTIONAL ORGANIZATION AND STAFF RESPONSIBILITIES.**

a. Institutional Food Service Operations will be supervised by a Food Service Administrator experienced in food service management and the requirements of this manual.

b. **Food Service Administrator (FSA).** The FSA is responsible for oversight and direction of all Food Service functions provided by the institution. The FSA will ensure compliance of all Bureau policies relating to Food Service and perform duties as outlined in the National Position Description for Food Service Administrator.

c. Assistant Food Service Administrator (AFSA). The AFSA is responsible for assisting the FSA in the daily management of Food Service Operations and will perform duties as outlined in the National Position Description for Assistant Food Service Administrator.

d. **Cook Supervisor Responsibilities.** Under the supervision of the FSA or AFSA, Cook Supervisors are responsible for inmate supervision relating to all aspects of the Food Service operation. Cook Supervisors are specifically responsible for food production and sanitation with special emphasis on the food safety aspects of the operation. Cook Supervisors will perform duties as outlined in the National Position Description for Cook Supervisors, locally developed Post Orders, and Food Service Technical Reference Manual (TRM).

3. **CUSTODY AND SECURITY.** All Food Service staff will reference the Correctional Services Procedural Manual to ensure custody and security are maintained. Additionally, the following procedures will be adhered to:

a. Only one key will be issued to the yeast cabinet in the Food Service Department. A metal locked yeast cabinet will be stored behind a locked area in an appropriate storage area to prevent inmate access. An inventory record will be kept in the box, indicating quantity of receipt and issue, the balance on hand, and the initials of the employee making the entry. Entries will be made in pounds and ounces for optimum accuracy.

b. Only instant or instant active yeast will be purchased for use in Food Service.

c. Empty yeast bags or containers and uncooked dough will be controlled until rendered inactive or properly disposed of.

d. Other items needing special handling and storage are mace, nutmeg, cloves, and alcohol based flavorings. The FSA will ensure when the above items are ordered, a special note on the purchase request will indicate special handling procedures to assure the security of those items is maintained by warehouse staff. When these items are in the Food Service Department, they will be stored in a secure area and accounted for on a bin card. These items will be used under direct staff supervision.

e. All knife points will be rounded or blunted with the exception of boning knives.

f. All large (3 feet or longer) metal paddles will be secured with a cable to prohibit removal from the food preparation area.

g. Milk bladders will be destroyed by cutting and disposed of by staff.

e. For official counts, inmates will be seated or standing in one section of the dining room/secured area of Food Service and moved to the other side of the dining room/secured area as their name is called. At no time will any inmates be allowed to remain in their work area for an official count.

4. **STORAGE AND REQUISITION OF SUPPLIES.** The FSA is responsible for all accountable Food Service stores in areas controlled by Food Service. In order to ensure the safety and security of stores, the FSA will:

a. Ensure that all provisions of the Food Service Manual, Correctional Services Procedural Manual, and Occupational Health and Environmental Safety policies are followed.

b.  Ensure accountable stores are secured to prevent unauthorized access, use, or theft.

c.  Authorize, or officially delegate the authority to requisition stores from Food Service accountable storage areas. Authorization to remove stores is indicated by FSA or designee's signature on the storeroom requisition.  The person filling the order will not routinely be the authorizing official.

d.  Staff filling requisitions from Food Service storage areas will deliver the stores as requisitioned and sign in the "Filled By" section of the requisition.

e.  Verification of receipt at the delivery site will be indicated by a signature in the "Received By" section of the requisition by staff receiving the supplies.

f.  No stores will be removed from inventory unless properly requisitioned, surveyed, or transferred by BP-100.

5.  **ORDERING AND RECEIPT OF CONTROLLED STORES.**  When ordering controlled items, the FSA will identify on the purchase request that items are controlled to alert warehouse staff to provide special handling (i.e., knives, mace, yeast, nutmeg, cloves) in accordance with the Correctional Services Procedural Manual.

6.  **STOCK ROTATION.**  All supplies will be drawn on a first in, first out basis.  To ensure proper stock rotation, all accountable non-perishable food items will be marked with the color identifying the quarter it was received. The following colors will be used to mark all accountable food stores:

a.  First Quarter will be marked with Red.
b.  Second Quarter will be marked with Blue.
c.  Third Quarter will be marked with Green.
d.  Fourth Quarter will be marked with Yellow.

7.  **INVENTORY OF ACCOUNTABLE FOOD SERVICE STORES.**  The Food Service Administrator or designee will conduct an inventory of all Food Service stores during each fiscal quarter with adjustments posted prior to running the quarterly Budget Projection Report.  This responsibility will not be delegated below the AFSA level whenever possible.

a.  Balances will be adjusted in accordance with the Property Management policy.

b.  A complete inventory will be taken within 20 working days of the departure of a FSA and another within 20 working days after the arrival of the new FSA.

8. **FILE MANAGEMENT**

   a.  Monthly Report Submission.  The following reports are
required to be transmitted in electronic format via BOPNet
GroupWise to the RFSA.  The reports, created in text format by
FS4, will be converted to Word Perfect format and edited to
display and print in Word Perfect:

   (1)  Master Menus must be received by July 20 annually.

   (2)  Monthly Reports - FS4 Usage Report Summary and the
        Monthly Staff Meeting Minutes will be transmitted by
        the 10th of each month.

   (3)  An updated Staff Roster will be sent with the monthly
        report package due by the 10th of November each year,
        listing both filled and vacant positions, staff names
        for all filled positions, and date entered on duty in
        current position.

   b.  **Electronic Report Submission.**  To ensure national
consistency, reports submitted electronically to the RFSA will be
named according to the following naming convention:

   (1)  All report names will begin with the three letter
        designation for the institution;

   (2)  Followed by the type of report (i.e., MENU, USAGE,
        MINUTES, or ROSTER)

   (3)  Followed by the two number designation for the fiscal
        year;

   (4)  Followed by the two number designation for the month
        the reports represent.

   c.  **Regional Report Submission.**  In order to eliminate
duplication of effort, the RFSA will gather the reports when
submitted by their respective institutions and forward to the
Central Office as a complete regional package.

   d.  File Retention.  All Food Service files and reports will be
retained as required in the Records and Information Disposition
Schedules. (N1-129-01-07 for the Central Office, N1-129-00-16
Regional Offices, and N1-129-00-11 Institutional Food Service
Departments).

9. **POST ORDERS.**  The FSA will develop and maintain post orders
governing the daily routine and assignment of the various Food
Service posts within the department.  Delegation of authority
within Food Service will be clearly defined in the post orders
and will conform to applicable articles of the Master Agreement.

At a minimum, post orders will be reviewed annually and approved by the FSA. Any changes to the post orders may be subject to local negotiation.

10. **STAFF MEETINGS.** A Food Service staff meeting will be held at least monthly at each institution. Minutes of each meeting will be recorded and forwarded to RFSA in the monthly report and to all Food Service staff within the department. The authorized staff meeting format is located in the Food Service Technical Reference Manual (TRM). Staff meetings will be conducted with Union participation when required and the Union president or their designee will be notified in accordance with the Master Agreement.

11. **STAFF WORK SCHEDULE**

   a. Staff work schedules and any changes to staff work schedules will be derived and posted in accordance with the Law, Master Agreement, and any other applicable locally negotiated agreements (such as compressed/flexible work schedules).

   b. Minimum time frames for posting of the quarterly roster are outlined in the Master Agreement.

   c. In institutions having an Assistant Food Service Administrator (AFSA), the FSA or AFSA will be scheduled for duty daily. On days that both are scheduled to work, the FSA will plan their hours to maximize supervisory coverage throughout the hours of operation.

   d. Reasonable efforts will be made to ensure equitable rotation of Acting FSA and AFSA assignments by voluntary selection among qualified staff whenever possible. Acting assignments will be made in accordance with Title 5, and all national and local agreements that are not inconsistent with said statute.

12. **ANNUAL LEAVE.** The FSA will ensure that annual leave for Food Service staff is planned and assigned according to provisions of the Master Agreement and other applicable locally negotiated agreements specific to that institution.

13. **STAFF TRAINING**

   a. The FSA will ensure all Food Service staff have access to the U.S. Public Health Service Food Code and all directives and standards referenced in this policy.

   b. The FSA will develop a training program that ensures staff are aware of the policies and procedures required to perform their assigned duties.

c.  Equipment training will contain:

    (1)  Proper operation, cleaning, and sanitizing of all equipment;

    (2)  The inherent dangers of each piece of equipment;

    (3)  Symptoms of equipment malfunction; and

    (4)  Staff responsibility to immediately report all hazards, malfunctioning equipment, or unsafe conditions to their supervisors.

## 14. **INMATE TRAINING**

a.  **Initial Job Orientation Training.**  Each inmate assigned to work in Food Service will receive initial job orientation training;

    (1)  As detailed in the Program Statements on Occupational Health and Environmental Safety and Patient Care and

    (2)  Which includes proper hand washing procedures including how, where, and when to wash hands.

b.  **Job Efficiency Training.**  Job efficiency training will be conducted and documented as detailed in the Occupational Health and Environmental Safety Policy.  Job efficiency training will include job specific training on equipment and food safety.

15.  **CLEANING SCHEDULES.**  Cleaning schedules will be developed by the FSA listing cleaning of areas and equipment in the department that are required to maintain high levels of sanitation. Cleaning schedules will be developed with consideration of fair and equitable distribution of all shift responsibilities. Cleaning schedules will list the specific cleaning assignment, day, and shift during which the work will be completed. Temporary modifications to the cleaning schedule may be made with the supervisor's concurrence.

16.  **MEAL TICKETS AND STAFF DINING.**  The FSA will ensure a suitable locked box will be provided into which each staff member will deposit a signed and dated meal receipt/ticket for any food item consumed in or removed from Food Service.  Meals will be furnished to employees through the staff dining room or other designated area of each facility.  Provisions will be made to ensure staff are served in a timely manner.

PS 4700.05
6/12/2006
Chapter 1, Page 7

17.  **EQUIPMENT MAINTENANCE RECORDS**

a.  The FSA will ensure records are retained on all Food Service expenditures related to parts and non-Bureau labor for Food Service equipment which has an acquisition cost of over $5,000.

b.  Tracking numbers will be applied in the fund control system for each piece of equipment in order to access annual cost figures.

18.  **EQUIPMENT REPLACEMENT.**  During the month of October each year, the FSA will prepare a planned replacement list of equipment with an acquisition cost of $5,000 or more.  The planned equipment replacement list will contain:

a.  The life expectancy of the equipment;

b.  Estimated replacement cost;

c.  Annual maintenance cost (past fiscal year); and

d.  Estimated year of replacement.

19.  **MANUAL TEMPERATURE/SANITIZER DOCUMENTATION.**  Manually taken equipment temperature/sanitizer sheets will be maintained. Corrective action must be noted on the documentation when temperatures/sanitizer levels are found out of range as detailed in this manual.  The following minimum manual temperature documentation will be maintained:

a.  Dishwashing machines (Start of each meal);

b.  Pot and pan machines/sinks (Start of each meal);

c.  Walk-in refrigeration and freezer units will be logged at the beginning of the morning shift, at shift change, and at the end of the evening shift; and

d.  All chemical sanitizer solutions will be verified at the start of each meal.

20.  **AUTOMATIC TEMPERATURE MONITORING.**  Automatic temperature monitoring equipment is authorized for documentation of required temperatures.  Visual signals or alarms must be readily accessible to staff during all hours of operation to ensure quick response to temperatures that are out of range.

## MENU PLANNING
## CHAPTER 2

1. **GENERAL POLICY.** The master menu cycle is the operating plan for all Bureau Food Service operations. The approved Food Service management system, Food System 4 (FS4), calculates budget based on the Master Menu and Master Forecast data, therefore, the FSA will employ diligence in creating a master menu cycle that can be adhered to with available resources and substantially follow that plan.

2. **MENU PLANNING CONSIDERATIONS.** When planning the menu cycle the FSA will consider:

   a. A balanced diet, based on the Daily Reference Intake to ensure proper nutrition;

   b. Money, manpower, and materials required to produce the menu;

   c. Food flavor, texture, temperature, appearance, palatability; and

   d. Eating preferences of the population being served.

3. **MEAL PLANNING**

   a. Three meals will be served each day, two of which will be hot meals. A hot meal is determined by the entree and not accompaniments such as hot cereal or soup.

   b. The planning of meals will take into consideration that there will be no more than 14 hours between the evening and breakfast meals. Variations are allowed based on weekend and holiday Food Service demands, provided basic nutritional needs are met.

   c. Pork will not be served as the only entree on holiday meals.

4. **MENU CONTENTS.** All items served must appear on a menu as an item or within a recipe. Multiple menus can be created within the master cost center to reflect mainline, salad bar, hot bar, or other menu contents.

5. **MENU CYCLES.** The five menu cycle is the standard for menu writing in the Bureau and will be used at all institutions.

6. **MASTER MENU CYCLE UPDATE.** The Master Menu cycle will be updated annually.

7.  **MENU ITEM ALTERNATIVES**

   a.  All mainline menus will include:

      (1)  Heart healthy alternatives as described in Chapter 5, Medical Diets/Self Selection on Mainline in this Manual (except high rise facilities or facilities without a dining room); and

      (2)  A no-flesh protein alternative as required in Chapter 4, Religious Diet Program, in this Manual.

   b.  No-flesh alternatives may be utilized as the heart healthy selection only if it contains less than 400mg of sodium per serving and adheres to all heart healthy requirements of Chapter 5, Medical Diets/Self Selection on Mainline.

   c.  Menu item alternatives will be denoted on the menu and nutritional cards for easy identification.

8.  **MENU REQUIREMENTS AND AVAILABILITY**

   a.  As planned menus will be available for review at least one week in advance.

   b.  The menu will be accessible to all staff and posted so that all inmates can examine the menu prior to reaching the serving counter.

   c.  The posted menu will be complete in all respects, showing the name of each dish or item.

   d.  All food items prepared or seasoned with pork will be identified on all menus.

   e.  Salad bar and hot bar menus do not have to be posted, signed, or routed and are designed to allow for planning and production information.

   f.  Nutritional information cards will be displayed for all prepared menu items listing the calories, fat, cholesterol, and sodium content of each item.  High rise facilities and satellite tray service areas are excluded from posting nutritional information cards.

9.  **NUTRITIONAL ANALYSIS**

   a.  A nutritional analysis will be conducted annually by a registered dietitian to ensure they meet the Daily Reference Intake (DRI) for nutrients published by the Food and Nutrition Board of the National Academy of the Sciences.

b.  The analysis will include all items served (mainline, salad bar, hot bar, etc.) and be completed prior to the menu being implemented.

c.  All nutritional analyses will be certified in writing by a Registered Dietitian.  This certification will cite compliance with the DRIs.  If during a nutritional analysis, it is discovered that a menu does not comply with DRIs, the dietitian must make recommendations for menu changes that will enable compliance, prior to completing the analysis.

d.  All menu alternatives will be reviewed during nutritional analysis to ensure adequate nutritional substitutions have been made.

e.  In the event the master menus are changed substantially after the nutritional analysis is completed, the nutritional analysis will be verified by a Registered Dietitian to ensure the Dietary Reference Intakes (DRI) and basic daily servings are still being met.

## INSTITUTIONAL GARDEN OPERATIONS
## CHAPTER 3

1.  **GENERAL POLICY.** Institutional gardens will be organic in nature whenever possible.  If chemical substances such as herbicides, pesticides, or fertilizers are required, the Safety Manager will approve use and application procedures.

2.  **RESPONSIBILITY.** The Food Service Administrator is responsible for ensuring institutional gardens producing food which will be introduced into the Food Service department conform to the following requirements:

  a.  All food produced is rinsed in sinks or equipment designed for use with food as specified in this manual prior to being introduced into the Food Service department.

  b.  All food is inspected by a member of the Food Service staff prior to being introduced into the Food Service department to ensure the food is wholesome.

  c.  There is a distribution system that ensures prompt delivery of harvested food into Food Service.

  d.  Vessels or containers used to transport food into the Food Service department are single use disposable containers, or reusable containers purchased for that use, are washed, rinsed, sanitized, and stored as required in this manual for food contact surfaces.

  e.  All food produced in a garden operation and received in Food Service is entered into inventory utilizing the BP-100 form.

  f.  Only inmates medically cleared for Food Service work will be assigned to garden details.

**RELIGIOUS DIET PROGRAM**
**CHAPTER 4**

1. **NO-FLESH OPTION**

   a.  A no-flesh protein option will be provided at both the noon and evening meals whenever an entree containing flesh is offered and will be denoted on the as-planned menus and the nutritional information cards.

   b.  Vegetables and starches seasoned with flesh will have an alternate no-flesh option.

   c.  No-flesh option planning will consider that an enhanced no-flesh option will create an attractive self selection component which may meet the needs of inmates who might otherwise request participation in the certified food component.

2. **CERTIFIED FOOD COMPONENT**

   a.  The nationally approved certified food menus will be served to inmates approved to participate in the certified food component at all institutions.  The nationally approved certified food menus are located in the Food Service Technical Reference Manual.

   b.  The nutritional analysis for the nationally approved certified food menus are available from Food Service Branch, Central Office.

   c.  Changes to the nationally approved certified food menus may not be made at the institutional level, except when seasonal unavailability of specific fresh produce items dictates that temporary substitutions be made. All substitutions will be approved by the appropriate Associate Warden.  Cook Supervisors will notify supervisory staff when unscheduled changes to the menu are necessary.

   d.  All prepared foods purchased for use on the certified food component will be ready to use and certified by a nationally recognized Orthodox Standard, such as OU, OK, KOF-K, Star-K, CRC (New York).  In addition to Orthodox certification, bread and margarine must be Parve for use on the certified food component.

   e.  Equipment or utensils that come into direct contact with any food (except uncut fruit or vegetables) being served on the certified food menu must be easily identified for certified food component use only (visual marking, different style, or color) and stored separately from items used elsewhere in the department.  A separate knife cabinet is not always possible, therefore, a separate tool box within the knife cabinet is an acceptable option if easily identified for certified food use only.

f.  Equipment used to clean equipment or utensils used for the certified food component will conform to the wash, rinse, and sanitize requirements of this manual.  This equipment will only be used to clean equipment and utensils used on the certified food component.

g.  Beverages from dedicated, dispensing equipment that meet the orthodox certification or inherently acceptable religious requirements of this diet are acceptable.  In cases where this is not practical, individual certified beverages will be provided.

h.  An urn dedicated to provision of hot water must be provided for reconstituting instant beverages and foods.

i.  Ordinarily, certified food component meals will be served with disposable trays, plates, cups, and eating utensils.  Reusable trays, plates, cups, and eating utensils may be used, however, they must conform to section (e) and be washed only in equipment as described in section (f) of this chapter.

j.  The following procedures will be followed to prepare and serve the approved certified food menus:

    (1)  Fresh fruits will be varied and represent fruit varieties and portion sizes available on mainline.

    (2)  To ensure product consistency and suitable microwave heating, the following minimum specifications will be used when procuring certified food entrees:

        (a)  All meals requiring heating will be double-wrapped and sealed.  Frozen or shelf stable meals are acceptable.

        (b)  All hot flesh entrees will include three ounces of meat/fish (not including bone, soy, fat, breading weight) and two ounces of sauce or gravy.

        (c)  A Cheese Omelet Meal will consist of a 3.5 ounce omelet with one ounce of cheese and one cup of potatoes.

        (d)  Cold Cuts will be four ounce individually wrapped and sealed delicatessen style meats.

    (3)  Matzo may only be used in place of bread for a short period of time when a bread order has been delayed. Except that during Passover, Jewish inmates will receive kosher for Passover matzo in place of bread.

(4) If Parve holiday desserts purchased for mainline have the appropriate religious certification, they will be provided to the participants on the certified food component in addition to the holiday menu.

k. Certified food menus will be posted in the dining room or printed copies provided directly to all certified food participants.

## 3. PARTICIPATION

a. An inmate's program participation is not affected by temporary placement on a medically prescribed diet or placement in a Special Housing Unit (SHU).

b. The FSA will ensure procedures are in place to provide an updated, daily SENTRY religious diet participant list to Food Service staff if SENTRY is not available.

c. If the FSA can demonstrate that an inmate has missed six consecutive certified food meals, the lack of participation will be reported to the Chaplain for consideration of removal from the program.

d. Inmates participating in the certified food component selecting any food items except those specifically prepared for the certified food component, do so with the understanding that it may not meet the individual's religious dietary laws.

## 4. ANNUAL CEREMONIAL MEALS

a. The Chaplain will consult with the FSA concerning the menu for each ceremonial meal six to eight weeks prior to the scheduled date of the meal.

b. The ceremonial meal menu will be derived from items regularly available on the master menus and will constitute the mainline meal available to all inmates.

c. Food Service funds will not be used to purchase traditional/ritual foods to supplement the mainline foods served for any ceremonial meal. In order to ensure food safety, traditional/ritual foods funded by Chaplaincy Services will be purchased, received, handled, stored, and prepared by Food Service.

## 5. FASTS. Food Service will accommodate meal service and Chaplaincy bag meal requests for inmates participating in public fast days as required in the Religious Beliefs and Practices policy.

6.  **RAMADAN**

   a.  During Ramadan, inmates participating in the certified food
component during the fast will receive the approved certified
food lunch and dinner menu after sun down and consume it in the
Food Service Department or Special Housing Unit.

   b.  Inmates who are not participating in the certified food
component, but elect to observe Ramadan may do so by receiving a
combination of the lunch and dinner menu after sun down and
consuming it in the Food Service Department or Special Housing
Unit.  The mainline meal will contain a non-pork entree.

   c.  Each institution may provide a bag breakfast or allow
inmates to go to Food Service for the breakfast meal prior to
dawn.  Bag breakfasts should contain non-perishable items, such
as ultra-high pasteurized milk, fresh fruit, peanut butter, dry
cereal, etc.

7.  **PASSOVER**

   a.  During the eight days of Passover, Jewish inmates
identified by Religious Services will be provided a menu that
meets Kosher for Passover standards.

   b.  Ordinarily, each inmate will require 26 Kosher for Passover
meals for the Passover period.

   c.  The list of participants must be received eight weeks prior
to Passover from Religious Services to allow time to procure the
required items.  Food Service must be prepared to provide
Passover meals to new commitments.

   d.  Jewish inmates participating in the certified food
component will receive the Kosher for Passover menu in place of
the certified food menu for that period.

8.  **RELIGIOUS MEAL ACCOMMODATION**.  If religious meal
accommodation is requested by the Chaplain, a roster of the
participants will be provided by the Chaplain to Food Service
staff for meal preparation purposes.

9.  **RELIGIOUS DIET COST**.  The FSA will compute a per inmate daily
cost of the certified food component each month and report the
amount on the staff meeting minutes.  Menu cost analysis will be
derived from the computerized Food Service management system
data.

PS 4700.05
6/12/2006
Chapter 5, Page 1

## MEDICAL DIETS/SELF SELECTION ON MAINLINE
### CHAPTER 5

### 1. GENERAL POLICY

a. Medical diets will be provided by mainline self selection or pre-plated/controlled plating and will be available at all institutions as ordered by medical personnel noted in the Patient Care PS. Medical Diets will be based on the Guidelines for Medical Diets located in the Food Service TRM.

b. The FSA will ensure a roster is provided to Food Service staff for all medical food requirements, with the exception of mainline self selection.

### 2. RESPONSIBILITIES

a. The FSA will consult a registered Dietitian for all diets not found in the Food Service TRM.

b. If separate medical diet menus are utilized, the master menu cycle will be used to formulate the diet menus. A registered Dietitian will certify all medical diet menus. A copy of the medical diet menus and certification memorandum/letter will be maintained in the Food Service Administrator's office.

c. The FSA will consult Bureau Dietitians, the Regional FSA, and Central Office FSA prior to advising an inmate transfer based on medical dietary requirements. Inmate transfers based on medical dietary requirements will only be made in the most extraordinary circumstances.

d. All FSAs, AFSAs, and Cook Supervisors will review this chapter annually as well as the Guidelines for Medical Diets located in the Food Service TRM. Documentation confirming this review will be kept on file for one year.

### 3. MAINLINE SELF SELECTION OF MEDICAL DIETS. The Clinical Director and/or dietitian will evaluate menus annually prior to their implementation and certify that mainline self selection of medical diets is approved for the institution (or complex if the same menu is served at all locations). In order to provide self selection of medical diets, the following requirements must be met:

a. A memo of approval from the Clinical Director/Dietitian will be on file in the office of the FSA;

b. The menu alternatives must be printed on the master cycle menus and identified as Heart Healthy;

c.  Foods offered as Heart Healthy must be prepared without the addition of salt or fat;

d.  The Heart Healthy alternative will be a like item whenever possible (i.e., baked chicken for fried chicken, baked fish for fried fish, etc.).  Use the chart below for heart healthy recommendations:

| Offer This: | In Place of This: |
|---|---|
| Baked meat, un-breaded meat, dried beans & peas (rinse canned beans), ½ cup cottage cheese, or low sodium soy products (less than 400mg sodium per serving). | Fried meat, breaded meat, cold cuts, hot dogs, other processed meats including turkey products, commercially, processed & convenience entrees, & grilled sandwiches. |
| Plain flaked tuna; diced chicken. | Tuna salad; chicken salad. |
| Gravies & sauces as an option on the side. | Food covered w/gravies & sauces. |
| Hard boiled eggs (limit to four (4) yolks per week), egg whites or cereal & milk. | Cooked whole eggs. |
| Foods seasoned w/herbs & spices. | Foods seasoned w/fat & salt. |
| Plain vegetables. | Vegetables w/added butter, margarine, oil, glazes, sauces. |
| Baked, boiled, or steamed potatoes. | Fried, au gratin, scalloped or other potatoes cooked w/fat. |
| Plain macaroni or macaroni with tomatoes. | Macaroni & cheese. |
| Salads without mayonnaise. | Salads with mayonnaise. |
| Low calorie salad dressing. | Regular salad dressing. |
| Fruit: fresh, juice packed or rinsed canned fruit, fruit juice. | Regular dessert, fruit canned in syrup. |
| Hot cereal with no added fat or salt. | Hot cereal cooked with fat and salt. |
| Cereal without sugar coating. | Cereal with sugar coating. |
| Bread or dinner rolls. | Biscuits, croissants. |

| Skim or low fat milk. | Whole milk. |
|---|---|
| Unsweetened or artificially sweetened beverages. | Sweetened beverages. |
| Margarine. | Butter. |
| Cereal & milk, toast. | Breakfast pastries. |

4.  **REFERENCE.**  The American Dietetic Association's (ADA) Manual of Clinical Dietetics will be the reference for diets not found in the Guidelines for Medical Diets section of the Food Service TRM.  The ADA Manual of Clinical Dietetics will be maintained by all Dietitians at the Bureau's major medical facilities.

5.  **SUPPLEMENTAL FEEDINGS.**  Supplemental feedings or snacks will be provided when ordered by authorized medical personnel.  The following contents will be provided when practical:

   a.  **Diabetic Snacks.**  This is the preferred snack for all diabetics.  This provides adequate protein and calories with a minimal amount of fat to prevent insulin reaction:

      (1)  1 cup skim milk; and
      (2)  1 serving non-sugar-coated dry cereal.

   b.  **Alternate Snack.**  The following choices will be made available if the preferred snack is not practical:

      (1)  ½ sandwich made with 1 slice of bread and 1 oz. of (non-pork) meat, and mustard (optional); or

      (2)  1 Tbsp. peanut butter with 6 saltine crackers or 1 slice of bread; or

      (3)  1 oz. slice of cheese with 6 saltine crackers or 1 slice of bread.

   c.  **Snacks for Increased Calories.**  The following items will be offered for snacks for increased calories:

      (1)  1 cup milk and 1 serving cereal; or

      (2)  ½ sandwich (condiments optional); or

      (3)  whole sandwich (condiments optional); or

      (4)  peanut butter and crackers.