# Parisi Associates, LLC

February 4, 2005

Federal Bureau of Prisons
320 First Street, NW
Washington, DC 20534
**Attention: Tom Issermoyer**

Dear Mr. Issermoyer:

The Nutrient Analysis for your **FY05 Certified Religious Diet** is enclosed. Your institution's average daily results for 21 nutrients have been calculated and compared to FBOP's recommended goals for adult males. Refer to the *Weekly Nutrient Analysis Summary* for this information. The average daily percentages for calories, fat, cholesterol and sodium should not exceed 100% of the goal. See the chart below for a synopsis of your results. For the remaining nutrients listed on the *Weekly Summary Report*, the goal percentage should not be less than 100%.

| Nutrients | Week 1 % | Week 2 % | Week 3 % |
|---|---|---|---|
| Calories | 112 | 109 | 111 |
| Fat | 117 | 108 | 118 |
| Sodium | 91 | 90 | 89 |
| Cholesterol | 102 | 107 | 97 |

If you have questions or need further assistance, contact Mary VanNortwick at 540-437-8473.

Sincerely,

Mary VanNortwick, MS RD

5746 Union Mill Road, PMB 610, Clifton VA 20124
Phone (703) 266-8722 Fax (703) 830-7728
E-Mail: Aparisi491@aol.com or KaneMT@aol.com

EXHIBIT
4
CA 06-1530

# Weekly Nutrient Analysis Summary

## Certified Religious DietFY05 - Week 1

Foods in Diet: 165

| Nutrient | Average | Goal | Goal % |
|---|---|---|---|
| Kilocalories (Kc) | 3252 | 2900 | 112% |
| Protein (Gm) | 117 | 63 | 186% |
| Carbohydrate (Gm) | 469 | 363 | 129% |
| Fat (Gm) | 113 | 96.7 | 117% |
| Cholesterol (mg) | 306 | 300 | 102% |
| Sodium (mg) | 4538 | 5000 | 91% |
| Potassium (mg) | 4058 | 2000 | 203% |
| Iron (mg) | 34 | 10 | 337% |
| Calcium (mg) | 1414 | 800 | 177% |
| Magnesium (mg) | 556 | 350 | 159% |
| Phosphorous (mg) | 2016 | 800 | 252% |
| Zinc (mg) | 18 | 15 | 122% |
| Vitamin A (RE) | 2351 | 1000 | 235% |
| Thiamin B1 (mg) | 3 | 1.5 | 197% |
| Riboflavin B2 (mg) | 3 | 1.7 | 201% |
| Niacin B3 (mg) | 40 | 19 | 209% |
| Pyridoxine B6 (mg) | 3 | 2 | 164% |
| Folate (Ug) | 617 | 200 | 308% |
| Cobalamin B12 (Ug) | 6 | 2 | 319% |
| Vitamin C (mg) | 215 | 60 | 359% |
| Vitamin D (Ug) | 10 | 5 | 192% |
| Dietary Fiber (Gm) | 34 | 20 | 168% |

# Weekly Nutrient Analysis Summary

## Certified Religious DietFY05 - Week 2

Foods in Diet: 166

| Nutrient | Average | Goal | Goal % |
|---|---|---|---|
| Kilocalories (Kc) | 3162 | 2900 | 109% |
| Protein (Gm) | 120 | 63 | 191% |
| Carbohydrate (Gm) | 461 | 363 | 127% |
| Fat (Gm) | 105 | 96.7 | 108% |
| Cholesterol (mg) | 320 | 300 | 107% |
| Sodium (mg) | 4525 | 5000 | 90% |
| Potassium (mg) | 4258 | 2000 | 213% |
| Iron (mg) | 35 | 10 | 346% |
| Calcium (mg) | 1404 | 800 | 175% |
| Magnesium (mg) | 573 | 350 | 164% |
| Phosphorous (mg) | 2083 | 800 | 260% |
| Zinc (mg) | 19 | 15 | 127% |
| Vitamin A (RE) | 2120 | 1000 | 212% |
| Thiamin B1 (mg) | 3 | 1.5 | 201% |
| Riboflavin B2 (mg) | 4 | 1.7 | 210% |
| Niacin B3 (mg) | 41 | 19 | 213% |
| Pyridoxine B6 (mg) | 3 | 2 | 169% |
| Folate (Ug) | 647 | 200 | 323% |
| Cobalamin B12 (Ug) | 6 | 2 | 318% |
| Vitamin C (mg) | 255 | 60 | 425% |
| Vitamin D (Ug) | 9 | 5 | 189% |
| Dietary Fiber (Gm) | 34 | 20 | 170% |

# Weekly Nutrient Analysis Summary

## Certified Religious DietFY05 - Week 3

Foods in Diet: 167

| Nutrient | Average | Goal | Goal % |
|---|---|---|---|
| Kilocalories (Kc) | 3212 | 2900 | 111% |
| Protein (Gm) | 115 | 63 | 182% |
| Carbohydrate (Gm) | 460 | 363 | 127% |
| Fat (Gm) | 114 | 96.7 | 118% |
| Cholesterol (mg) | 290 | 300 | 97% |
| Sodium (mg) | 4443 | 5000 | 89% |
| Potassium (mg) | 4140 | 2000 | 207% |
| Iron (mg) | 32 | 10 | 325% |
| Calcium (mg) | 1373 | 800 | 172% |
| Magnesium (mg) | 536 | 350 | 153% |
| Phosphorous (mg) | 2002 | 800 | 250% |
| Zinc (mg) | 18 | 15 | 123% |
| Vitamin A (RE) | 2100 | 1000 | 210% |
| Thiamin B1 (mg) | 3 | 1.5 | 194% |
| Riboflavin B2 (mg) | 3 | 1.7 | 198% |
| Niacin B3 (mg) | 38 | 19 | 198% |
| Pyridoxine B6 (mg) | 3 | 2 | 164% |
| Folate (Ug) | 609 | 200 | 304% |
| Cobalamin B12 (Ug) | 6 | 2 | 311% |
| Vitamin C (mg) | 252 | 60 | 420% |
| Vitamin D (Ug) | 10 | 5 | 191% |
| Dietary Fiber (Gm) | 32 | 20 | 161% |

# Parisi Associates, LLC

1/25/05

**Attention Food Service Administrator**
**Bureau of Prisons**

Below please find the current Commission of Dietetics Registration certification for Mary VanNortwick, MS RD, CDR #16175. If you have questions or need further assistance, contact Anne Parisi, at (703) 266-8722.



Sincerely,

Mary VanNortwick, MS RD

5746 Union Mill Road  PMB 610  Clifton VA 20124
Phone (703) 266-8722 Fax (703) 830-7728
E-Mail: Aparisi491@aol.com or MaryVanNortwick@aol.com

# Detailed Menu Analysis Listing
## Certified Religious DietFY05 - Week 1

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| **Week 1 (165 foods, 22,762 Cals)** | | | | | | |
| **Day 1 (34 foods, 3,626 Cals)** | | | | | | |
| *Coffee Hour (6 foods, 1,028 Cals)* | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 | EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Brunch (10 foods, 1,542 Cals)* | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CHEESE OMELET | 4 | OZ | 284.374 | 23.056 | 436.934 | 397.408 |
| HASH BROWN | 1 1/2 | OZ | 92.582 | 4.884 | 14.439 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MAYONNAISE | 2 | EA | 113.649 | 12.589 | 90.118 | 9.354 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Dinner (8 foods, 1,055 Cals)* | | | | | | |
| ROASTED CHICKEN (BONELESS) | 4 | OZ | 252.548 | 15.164 | 82.673 | 86.070 |
| MASHED POTATOES | 6 | OZ | 171.493 | 6.844 | 477.268 | 19.414 |
| CHICKEN GRAVY | 1 | OZ | 22.384 | 1.732 | 102.607 | 0.264 |
| BRUSSELS SPROUTS | 5 | OZ | 53.001 | 0.693 | 35.506 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 2 (23 foods, 3,131 Cals)** | | | | | | |
| *Breakfast (8 foods, 905 Cals)* | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Lunch (8 foods, 1,185 Cals)* | | | | | | |
| SALISBURY STEAK | 4 | OZ | 257.908 | 15.780 | 483.275 | 85.263 |
| BOILED EGG NOODLES | 6 | OZ | 225.934 | 2.497 | 11.891 | 56.059 |
| BROWN GRAVY | 1 | OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| WHOLE KERNEL CORN | 5 | OZ | 152.887 | 1.812 | 24.066 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| *Dinner (7 foods, 961 Cals)* | | | | | | |
| HUNGARIAN GOULASH | 1 1/2 | CP | 381.018 | 14.051 | 255.676 | 112.597 |
| TOMATO GRAVY | 1 | OZ | 17.732 | 0.921 | 121.696 | 0.528 |
| GREEN BEANS | 5 | OZ | 39.638 | 0.241 | 346.828 | 0.000 |

01/31/2005 6:40:44 PM  Nutrient Analysis Listing - Week 1  Page 1

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 3 (24 foods, 3,124 Cals)** | | | | | | |
| **Breakfast (8 foods, 852 Cals)** | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| GRITS | 1 | CP | 142.858 | 0.476 | 5.798 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Lunch (9 foods, 1,104 Cals)** | | | | | | |
| VEGETABLE JUICE | 6 | OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| SARDINES | 3 | OZ | 176.670 | 9.725 | 428.934 | 120.611 |
| POTATO CHIPS | 1 | OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| MAYONNAISE | 1 | EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 | EA | 5.667 | 0.348 | 94.602 | 0.000 |
| SUGAR COOKIES | 2 | EA | 143.210 | 6.322 | 106.958 | 15.280 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Dinner (7 foods, 1,168 Cals)** | | | | | | |
| CHICKEN CACCIATORE | 2 | PCE | 432.571 | 20.914 | 536.222 | 165.106 |
| BOILED PASTA | 4 | OZ | 149.702 | 0.711 | 106.172 | 0.000 |
| GREEN BEANS | 4 | OZ | 29.728 | 0.180 | 260.121 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 4 (21 foods, 3,256 Cals)** | | | | | | |
| **Breakfast (6 foods, 1,061 Cals)** | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 | EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Lunch (7 foods, 1,096 Cals)** | | | | | | |
| STUFFED SHELLS | 8 | OZ | 431.437 | 24.258 | 674.109 | 134.813 |
| MARINARA SAUCE | 2 | TB | 12.184 | 0.161 | 94.555 | 0.000 |
| SIMMERED SPINACH | 5 | OZ | 45.300 | 0.708 | 137.316 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| SUGAR COOKIES | 2 | EA | 143.210 | 6.322 | 106.958 | 15.280 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Dinner (8 foods, 1,099 Cals)** | | | | | | |
| BEEF BRISKET | 4 | OZ | 327.293 | 20.861 | 54.360 | 86.070 |
| MASHED POTATOES | 6 | OZ | 171.493 | 6.844 | 477.268 | 19.414 |
| BROWN GRAVY | 1 | OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| SIMMERED CARROTS | 5 | OZ | 50.963 | 0.156 | 83.522 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 5 (24 foods, 2,960 Cals)** | | | | | | |

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| **Breakfast (8 foods, 848 Cal)** | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| OATMEAL | 1 | CP | 139.146 | 2.244 | 2.244 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Lunch (8 foods, 1,024 Cal)** | | | | | | |
| VEGETABLE JUICE | 6 | OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| SLICED SALAMI (BEEF) | 4 | OZ | 292.185 | 25.142 | 1,291.050 | 80.408 |
| POTATO CHIPS | 1 | OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MAYONNAISE | 1 | EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 | EA | 5.667 | 0.348 | 94.602 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Dinner (8 foods, 1,008 Cal)** | | | | | | |
| DICED CHICKEN | 4 | OZ | 216.043 | 8.403 | 588.036 | 100.793 |
| STEAMED RICE | 5 | OZ | 184.031 | 0.396 | 1.416 | 0.000 |
| BARBECUE SAUCE | 1 | OZ | 21.234 | 0.510 | 230.747 | 0.000 |
| MIXED VEGETABLES | 6 | OZ | 110.419 | 0.255 | 59.456 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 6 (24 foods, 3,117 Cal)** | | | | | | |
| **Breakfast (8 foods, 985 Cal)** | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Lunch (8 foods, 1,061 Cal)** | | | | | | |
| MEATBALLS (1 Oz Each) | 4 | EA | 276.326 | 15.486 | 589.246 | 96.329 |
| BOILED PASTA | 5 | OZ | 199.603 | 0.948 | 141.563 | 0.000 |
| TOMATO SAUCE | 2 | OZ | 16.987 | 0.096 | 342.581 | 0.000 |
| SIMMERED SPINACH | 5 | OZ | 45.300 | 0.708 | 137.316 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Dinner (8 foods, 1,072 Cal)** | | | | | | |
| BAKE SOLE | 4 | OZ | 149.445 | 3.572 | 140.830 | 77.010 |
| STEAMED RICE | 6 | OZ | 220.837 | 0.476 | 1.699 | 0.000 |
| BROWN GRAVY | 1 | OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| WHOLE KERNEL CORN | 5 | OZ | 152.887 | 1.812 | 24.066 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 7 (25 foods, 3,549 Cal)** | | | | | | |
| **Caffe Hour (6 foods, 1,020 Cal)** | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 | EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| Brunch (10 foods, 1,495 Cals) | | | | | | |
| VEGETABLE JUICE | 6 | OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| PEANUT BUTTER | 2 | OZ | 335.786 | 28.896 | 264.439 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| Dinner (9 foods, 1,026 Cals) | | | | | | |
| VEGETABLE JUICE | 6 | OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| TUNA | 3 | OZ | 98.527 | 0.696 | 287.089 | 25.481 |
| POTATO CHIPS | 1 | OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| MAYONNAISE | 1 | EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 | EA | 5.667 | 0.348 | 94.602 | 0.000 |
| SUGAR COOKIES | 2 | EA | 143.210 | 6.322 | 106.958 | 15.280 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |

# Detailed Menu Analysis Listing
## Certified Religious Diet FY05 - Week 2

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| **Week 2 (166 foods, 22,135 Cals)** | | | | | | |
| **Day 1 (24 foods, 3,357 Cals)** | | | | | | |
| *Coffee Hour (6 foods, 1,028 Cals)* | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 | EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Brunch (10 foods, 1,306 Cals)* | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| PLAIN OMELET | 4 | OZ | 228.565 | 18.372 | 351.148 | 455.192 |
| HASH BROWN | 1 1/2 | OZ | 92.582 | 4.884 | 14.439 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Dinner (8 foods, 1,023 Cals)* | | | | | | |
| ROAST TURKEY | 4 | OZ | 247.018 | 12.190 | 77.626 | 93.608 |
| MASHED POTATOES | 6 | OZ | 171.493 | 6.844 | 477.268 | 19.414 |
| CHICKEN GRAVY | 1 | OZ | 22.384 | 1.732 | 102.607 | 0.264 |
| GREEN BEANS | 5 | OZ | 39.638 | 0.241 | 346.828 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 2 (25 foods, 3,091 Cals)** | | | | | | |
| *Breakfast (8 foods, 985 Cals)* | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Lunch (9 foods, 1,026 Cals)* | | | | | | |
| VEGETABLE JUICE | 6 | OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| TUNA | 3 | OZ | 98.527 | 0.696 | 287.089 | 25.481 |
| POTATO CHIPS | 1 | OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| MAYONNAISE | 1 | EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 | EA | 5.667 | 0.348 | 94.602 | 0.000 |
| SUGAR COOKIES | 2 | EA | 143.210 | 6.322 | 106.958 | 15.280 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| *Dinner (8 foods, 1,080 Cals)* | | | | | | |
| POT ROAST | 5 | OZ | 362.903 | 12.879 | 509.022 | 155.560 |
| MASHED POTATOES | 4 | OZ | 120.045 | 4.790 | 334.087 | 13.590 |

| MenuItem | Serving Size | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|
| BROWN GRAVY | 1 OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| SIMMERED BROCCOLI | 6 OZ | 48.843 | 0.611 | 149.342 | 0.000 |
| WHOLE WHEAT BREAD | 3 SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| Day 3 (23 foods, 3,305 Cals) | | | | | |
| Breakfast (8 foods, 852 Cals) | | | | | |
| FRESH ORANGE | 1 EA | 58.596 | 0.115 | 1.274 | 0.000 |
| GRITS | 1 CP | 142.858 | 0.476 | 5.798 | 0.000 |
| WHOLE WHEAT BREAD | 2 SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 CP | 4.530 | 0.000 | 4.530 | 0.000 |
| Lunch (8 foods, 1,185 Cals) | | | | | |
| SALISBURY STEAK | 4 OZ | 257.908 | 15.780 | 483.275 | 85.263 |
| BOILED EGG NOODLES | 6 OZ | 225.934 | 2.497 | 11.891 | 56.059 |
| BROWN GRAVY | 1 OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| WHOLE KERNEL CORN | 5 OZ | 152.887 | 1.812 | 24.066 | 0.000 |
| WHOLE WHEAT BREAD | 3 SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| Dinner (7 foods, 1,168 Cals) | | | | | |
| CHICKEN CACCIATORE | 2 PCE | 432.571 | 20.914 | 536.222 | 165.106 |
| BOILED PASTA | 4 OZ | 149.702 | 0.711 | 106.172 | 0.000 |
| GREEN BEANS | 4 OZ | 29.728 | 0.180 | 260.121 | 0.000 |
| WHOLE WHEAT BREAD | 3 SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH APPLE | 1 EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| Day 4 (22 foods, 2,937 Cals) | | | | | |
| Breakfast (6 foods, 1,061 Cals) | | | | | |
| FRESH APPLE | 1 EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 CP | 4.530 | 0.000 | 4.530 | 0.000 |
| Lunch (8 foods, 865 Cals) | | | | | |
| VEGETABLE JUICE | 6 OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| TURKEY LUNCHMEAT | 4 OZ | 166.477 | 8.177 | 553.792 | 48.697 |
| POTATO CHIPS | 1 OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MAYONNAISE | 1 EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 EA | 5.667 | 0.348 | 94.602 | 0.000 |
| FRESH ORANGE | 1 EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| Dinner (8 foods, 1,011 Cals) | | | | | |
| BAKED MEAT LOAF | 4 OZ | 233.807 | 13.023 | 593.927 | 85.797 |
| BOILED EGG NOODLES | 5 OZ | 188.278 | 2.081 | 9.909 | 46.716 |
| TOMATO GRAVY | 1 OZ | 17.732 | 0.921 | 121.696 | 0.528 |
| SIMMERED BROCCOLI | 6 OZ | 48.843 | 0.611 | 149.342 | 0.000 |
| WHOLE WHEAT BREAD | 3 SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 EA | 144.698 | 16.207 | 189.942 | 0.000 |

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 5 (23 foods, 2,905 Cals)** | | | | | | |
| **Breakfast (8 foods, 840 Cals)** | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| OATMEAL | 1 | CP | 139.146 | 2.244 | 2.244 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Lunch (7 foods, 952 Cals)** | | | | | | |
| CHEESE LASAGNA | 1 | PCE | 266.698 | 8.699 | 419.765 | 82.115 |
| MARINARA SAUCE | 1/4 | CP | 24.369 | 0.321 | 189.109 | 0.000 |
| SIMMERED SPINACH | 6 | OZ | 54.360 | 0.849 | 164.779 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| SUGAR COOKIES | 2 | EA | 143.210 | 6.322 | 106.958 | 15.280 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Dinner (8 foods, 1,004 Cals)** | | | | | | |
| BAKED FLOUNDER | 4 | OZ | 132.503 | 1.733 | 118.912 | 77.010 |
| BOILED EGG NOODLES | 5 | OZ | 188.278 | 2.081 | 9.909 | 46.716 |
| TOMATO SAUCE | 2 | OZ | 16.987 | 0.096 | 342.581 | 0.000 |
| GREEN PEAS | 5 | OZ | 110.419 | 0.382 | 123.159 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 6 (24 foods, 3,133 Cals)** | | | | | | |
| **Breakfast (8 foods, 985 Cals)** | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Lunch (8 foods, 1,088 Cals)** | | | | | | |
| DICED CHICKEN | 4 | OZ | 216.043 | 8.403 | 588.036 | 100.793 |
| STEAMED RICE | 5 | OZ | 184.031 | 0.396 | 1.416 | 0.000 |
| BARBECUE SAUCE | 1 | OZ | 21.234 | 0.510 | 230.747 | 0.000 |
| MIXED VEGETABLES | 6 | OZ | 110.419 | 0.255 | 59.456 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Dinner (8 foods, 1,061 Cals)** | | | | | | |
| MEATBALLS (1 Oz Each) | 4 | EA | 276.326 | 15.486 | 589.246 | 96.329 |
| BOILED PASTA | 5 | OZ | 199.603 | 0.948 | 141.563 | 0.000 |
| TOMATO SAUCE | 2 | OZ | 16.987 | 0.096 | 342.581 | 0.000 |
| SIMMERED SPINACH | 5 | OZ | 45.300 | 0.708 | 137.316 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 7 (25 foods, 3,627 Cals)** | | | | | | |

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| **Coffee Hour (6 foods, 1,028 Cals)** | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 | EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Brunch (10 foods, 1,495 Cals)** | | | | | | |
| VEGETABLE JUICE | 6 | OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| PEANUT BUTTER | 2 | OZ | 335.786 | 28.896 | 264.439 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Dinner (9 foods, 1,104 Cals)** | | | | | | |
| VEGETABLE JUICE | 6 | OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| SARDINES | 3 | OZ | 176.670 | 9.725 | 428.934 | 120.611 |
| POTATO CHIPS | 1 | OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| MAYONNAISE | 1 | EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 | EA | 5.667 | 0.348 | 94.602 | 0.000 |
| SUGAR COOKIES | 2 | EA | 143.210 | 6.322 | 106.958 | 15.280 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |

# Detailed Menu Analysis Listing
## Certified Religious Diet FY05 - Week 3

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| **Week 3 (167 foods, 22,483 Cals)** | | | | | | |
| **Day 1 (24 foods, 3,354 Cals)** | | | | | | |
| *Coffee Hour (6 foods, 1,029 Cals)* | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 | EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Brunch (10 foods, 1,246 Cals)* | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| SPANISH OMELET | 1 | EA | 168.949 | 12.286 | 419.529 | 279.048 |
| HASH BROWN | 1 1/2 | OZ | 92.582 | 4.884 | 14.439 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Dinner (8 foods, 1,080 Cals)* | | | | | | |
| POT ROAST | 5 | OZ | 362.903 | 12.879 | 509.022 | 155.560 |
| MASHED POTATOES | 4 | OZ | 120.045 | 4.790 | 334.087 | 13.590 |
| BROWN GRAVY | 1 | OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| SIMMERED BROCCOLI | 6 | OZ | 48.843 | 0.611 | 149.342 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 2 (23 foods, 3,273 Cals)** | | | | | | |
| *Breakfast (8 foods, 985 Cals)* | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| *Lunch (7 foods, 1,096 Cals)* | | | | | | |
| STUFFED SHELLS | 8 | OZ | 431.437 | 24.258 | 674.109 | 134.813 |
| MARINARA SAUCE | 2 | TB | 12.184 | 0.161 | 94.555 | 0.000 |
| SIMMERED SPINACH | 5 | OZ | 45.300 | 0.708 | 137.316 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| SUGAR COOKIES | 2 | EA | 143.210 | 6.322 | 106.958 | 15.280 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| *Dinner (8 foods, 1,193 Cals)* | | | | | | |
| BOILED CHICKEN | 4 | OZ | 323.413 | 21.379 | 450.654 | 89.467 |
| MASHED POTATOES | 6 | OZ | 171.493 | 6.844 | 477.268 | 19.414 |
| CHICKEN GRAVY | 1 | OZ | 22.384 | 1.732 | 102.607 | 0.264 |
| WHOLE KERNEL CORN | 5 | OZ | 152.887 | 1.812 | 24.066 | 0.000 |

| MealItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 3 (24 foods, 2,535 Cals)** | | | | | | |
| **Breakfast (8 foods, 852 Cals)** | | | | | | |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| GRITS | 1 | CP | 142.858 | 0.476 | 5.798 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Lunch (8 foods, 1,072 Cals)** | | | | | | |
| BOLOGNA (BEEF) | 4 | OZ | 352.207 | 31.925 | 1,223.100 | 63.420 |
| POTATO CHIPS | 1 | OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MAYONNAISE | 1 | EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 | EA | 5.667 | 0.348 | 94.602 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| VEGETABLE JUICE | 4 | OZ | 23.818 | 0.113 | 338.469 | 0.000 |
| **Dinner (8 foods, 1,011 Cals)** | | | | | | |
| BAKED MEAT LOAF | 4 | OZ | 233.807 | 13.023 | 593.927 | 85.797 |
| BOILED EGG NOODLES | 5 | OZ | 188.278 | 2.081 | 9.909 | 46.716 |
| TOMATO GRAVY | 1 | OZ | 17.732 | 0.921 | 121.696 | 0.528 |
| SIMMERED BROCCOLI | 6 | OZ | 48.843 | 0.611 | 149.342 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 4 (22 foods, 3,215 Cals)** | | | | | | |
| **Breakfast (6 foods, 1,061 Cals)** | | | | | | |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 | EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Lunch (8 foods, 1,098 Cals)** | | | | | | |
| BEEF BRISKET | 4 | OZ | 327.293 | 20.861 | 54.360 | 86.070 |
| MASHED POTATOES | 6 | OZ | 171.493 | 6.844 | 477.268 | 19.414 |
| BROWN GRAVY | 1 | OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| SIMMERED CARROTS | 5 | OZ | 50.963 | 0.156 | 83.522 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Dinner (8 foods, 1,056 Cals)** | | | | | | |
| ROASTED CHICKEN (BONELESS) | 4 | OZ | 252.548 | 15.164 | 82.673 | 86.070 |
| MASHED POTATOES | 6 | OZ | 171.493 | 6.844 | 477.268 | 19.414 |
| CHICKEN GRAVY | 1 | OZ | 22.384 | 1.732 | 102.607 | 0.264 |
| BRUSSELS SPROUTS | 5 | OZ | 53.001 | 0.693 | 35.506 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |

**Day 5 (25 foods, 2,892 Cals)**
*Breakfast (8 foods, 848 Cals)*

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| OATMEAL | 1 | CP | 139.146 | 2.244 | 2.244 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |

*Lunch (9 foods, 1,041 Cals)*

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| VEGETABLE JUICE | 4 | OZ | 23.818 | 0.113 | 338.469 | 0.000 |
| SARDINES | 3 | OZ | 176.670 | 9.725 | 428.934 | 120.611 |
| POTATO CHIPS | 1 | OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 | SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| MAYONNAISE | 1 | EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 | EA | 5.667 | 0.348 | 94.602 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |

*Dinner (8 foods, 1,003 Cals)*

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| ROAST TURKEY | 4 | OZ | 247.018 | 12.190 | 77.626 | 93.608 |
| MASHED POTATOES | 6 | OZ | 171.493 | 6.844 | 477.268 | 19.414 |
| CHICKEN GRAVY | 1 | OZ | 22.384 | 1.732 | 102.607 | 0.264 |
| GREEN BEANS | 5 | OZ | 39.638 | 0.241 | 346.828 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |

**Day 6 (24 foods, 3,275 Cals)**
*Breakfast (8 foods, 985 Cals)*

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 | CP | 242.399 | 1.575 | 678.458 | 0.000 |
| WHOLE WHEAT BREAD | 2 | SL | 139.298 | 2.378 | 298.414 | 0.000 |
| JELLY | 2 | EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 | EA | 72.349 | 8.104 | 94.971 | 0.000 |
| SUGAR PACKETS | 6 | EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 | CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 | CP | 4.530 | 0.000 | 4.530 | 0.000 |

*Lunch (8 foods, 1,185 Cals)*

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| SALISBURY STEAK | 4 | OZ | 257.908 | 15.780 | 483.275 | 85.263 |
| BOILED EGG NOODLES | 6 | OZ | 225.934 | 2.497 | 11.891 | 56.059 |
| BROWN GRAVY | 1 | OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| WHOLE KERNEL CORN | 5 | OZ | 152.887 | 1.812 | 24.066 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH ORANGE | 1 | EA | 58.596 | 0.115 | 1.274 | 0.000 |
| SWEETENED FRUIT DRINK | 8 | OZ | 111.212 | 0.000 | 0.181 | 0.000 |

*Dinner (8 foods, 1,105 Cals)*

| MenuItem | Serving Size | | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|---|
| BAKE SOLE | 4 | OZ | 149.445 | 3.572 | 140.830 | 77.010 |
| STEAMED RICE | 6 | OZ | 220.837 | 0.476 | 1.699 | 0.000 |
| BROWN GRAVY | 1 | OZ | 26.028 | 1.520 | 108.589 | 0.925 |
| WHOLE KERNEL CORN | 5 | OZ | 152.887 | 1.812 | 24.066 | 0.000 |
| WHOLE WHEAT BREAD | 3 | SL | 207.907 | 3.550 | 445.394 | 0.000 |
| MARGARINE PATTIES | 4 | EA | 144.698 | 16.207 | 189.942 | 0.000 |
| FRESH APPLE | 1 | EA | 92.208 | 0.563 | 0.000 | 0.000 |

| MealItem | Serving Size | Calories | Fat | Sodium | Cholesterol |
|---|---|---|---|---|---|
| SWEETENED FRUIT DRINK | 8 OZ | 111.212 | 0.000 | 0.181 | 0.000 |
| **Day 7 (25 foods, 3,530 Cals)** | | | | | |
| **Coffee Hour (6 foods, 1,028 Cals)** | | | | | |
| FRESH ORANGE | 1 EA | 58.596 | 0.115 | 1.274 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 CP | 242.399 | 1.575 | 678.458 | 0.000 |
| CINNAMON DANISH | 1 EA | 342.298 | 19.026 | 315.118 | 25.481 |
| SUGAR PACKETS | 6 EA | 138.057 | 0.000 | 0.357 | 0.000 |
| 2% MILK | 2 CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Brunch (10 foods, 1,484 Cals)** | | | | | |
| VEGETABLE JUICE | 4 OZ | 23.818 | 0.113 | 338.469 | 0.000 |
| UNSWEETENED DRY CEREAL | 2 CP | 242.399 | 1.575 | 678.458 | 0.000 |
| WHOLE WHEAT BREAD | 4 SL | 278.595 | 4.756 | 596.828 | 0.000 |
| JELLY | 2 EA | 54.128 | 0.020 | 7.190 | 0.000 |
| MARGARINE PATTIES | 2 EA | 72.349 | 8.104 | 94.971 | 0.000 |
| PEANUT BUTTER | 2 OZ | 335.786 | 28.896 | 264.439 | 0.000 |
| SUGAR PACKETS | 6 EA | 138.057 | 0.000 | 0.357 | 0.000 |
| FRESH APPLE | 1 EA | 92.208 | 0.563 | 0.000 | 0.000 |
| 2% MILK | 2 CP | 241.890 | 9.350 | 243.001 | 36.523 |
| COFFEE | 1 CP | 4.530 | 0.000 | 4.530 | 0.000 |
| **Dinner (9 foods, 1,026 Cals)** | | | | | |
| VEGETABLE JUICE | 6 OZ | 35.550 | 0.168 | 505.178 | 0.000 |
| TUNA | 3 OZ | 98.527 | 0.696 | 287.089 | 25.481 |
| POTATO CHIPS | 1 OZ | 151.755 | 9.796 | 168.176 | 0.000 |
| WHOLE WHEAT BREAD | 4 SL | 278.595 | 4.756 | 596.828 | 0.000 |
| MARGARINE PATTIES | 4 EA | 144.698 | 16.207 | 189.942 | 0.000 |
| MAYONNAISE | 1 EA | 56.824 | 6.294 | 45.059 | 4.677 |
| MUSTARD | 1 EA | 5.667 | 0.348 | 94.602 | 0.000 |
| SUGAR COOKIES | 2 EA | 143.210 | 6.322 | 106.958 | 15.280 |
| SWEETENED FRUIT DRINK | 8 OZ | 111.212 | 0.000 | 0.181 | 0.000 |