UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Okey G. Okpala, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-1530RJL |
| Bureau of Prisons, et al., | ) |
|     Defendants. | ) |

### DECLARATION OF THOMAS ISSERMOYER

I, THOMAS ISSERMOYER, hereby declare and state the following:

1. I am currently employed by the Federal Bureau of Prisons (BOP) as National Food Service Administrator. My business office is located at the Central Office in Washington, D.C. I have held my current position since August 11, 2002. I started working in the BOP on August 23, 1981, and have held different positions of increasing importance in the prison setting. Prior to this position, I was the Mid-Atlantic Regional Food Service Administrator.

2. As National Food Service Administrator, I am responsible for coordination of national training and policy development for food service programs throughout the BOP. My division also conducts research concerning innovations in food service operations and proposes initiatives which may lead to improved operations in the BOP.

3. The statements in this declaration are based upon my personal knowledge, belief and experience, and upon information made available to me in the course of my official duties as National Food Service Administrator for the BOP and my prior positions in the BOP.

4. There are legitimate penological interests for FCI Talladega, Alabama, to continue utilizing the pilot menu to provide the certified food component of the Religious Diet Program.

5. The pilot menu contains commercially prepared religiously certified meals that are ready to heat and eat. Serving this menu eliminates the use of knives to prepare and

serve the menu. A reduction in the number of knifes inmates must use reduces the probability that serious assaults can take place in the food preparation area. In addition, serving this menu eliminates the preparation of raw foods in the religious diet kitchen. This significantly reduces the level of staff supervision required in this area allowing closer supervision of the larger aspects of the operation. This reduces the cost associated with providing religiously certified food.

6. As an alternative to the certified food component, inmates may participate in the no-flesh option of the Religious Diet Program. A no-flesh option is provided at both the noon and evening meals whenever an entree containing flesh is offered. Vegetables and starches that are traditionally seasoned with flesh have an alternate no-flesh option.

7. The BOP does not plan to provide all inmates with commercially prepared meals that are ready to heat and eat because it costs more than double the current cost of providing mainline meals.

In accordance with 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: _____
Thomas Issermoyer
National Food Services Administrator
Health Services Branch
Federal Bureau of Prisons