UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 7 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OKEY GARRY OKPALA,          )
                            )
            Plaintiff,      )
                            )
v.                          )   Civil Action No. 06-1530 (RJL)
                            )
FEDERAL BUREAU OF PRISONS, et al.,  )
                            )
            Defendants.     )

## ORDER

In accordance with the Memorandum Opinion issued this 6th day of Feb, 2007, it is

ORDERED that the motion to transfer case by defendants [12] is GRANTED. It is

FURTHER ORDERED that defendants' motions for extension of time [11,15] are GRANTED nunc pro tunc. It is

FURTHER ORDERED that defendants' motion to dismiss or, in the alternative, for summary judgment [17] is DENIED without prejudice. It is

FURTHER ORDERED that plaintiff's motion for preliminary injunction [6] is DENIED without prejudice. It is

FURTHER ORDERED that this case be TRANSFERRED to the United States District Court for the Northern District of Alabama.

*[signature]*
RICHARD J. LEON
United States District Judge