IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
FEB 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OKEY GARRY OKPALA,        )
                          )
        Plaintiff,        )
                          )
vs.                       )   Civil Action No. 06-1530-RJL
                          )
FEDERAL BUREAU OF PRISON, et al. )
                          )
        Defendants.       )

## MOTION FOR APPOINTMENT OF COUNSEL

AND NOW, COMES THE PLAINTIFF, OKEY GARRY OKPALA ("Mr. Okpala"), by and through pro-se, and pursuant to 28 U.S.C.§ 1915(e)(i), respectfully moves the Honorable Court to request an attonney to assist Mr. Okpala in developing the facts in support of his claims as more fully set forth in his complant, supplement complaint and attachment, and statement of material facts in dispute, and states as follows:

1.) Pending before the court are Mr. Okpala's complaint for a declaratory judgment and injunctive relief, motion for preiminary injunction to preserve the status quo pending the resolution of his claims on the merits after an evidentiary hearing; supplemental complaint and attachment; statement of material facts in dispute; opposition to Defendents' motion to transfer motion for leave to file a supplemental memorandum in support of opposition to defendents motion to transfer, supplemental memorandum of law in support of opposition to Defendents motion to transfer; and opposition to defendents motion to dismiss.

2.) Mr. Okpala has been granted in forma pauperis status by this court to proceed with this action.

1

3.) Mr. Okpala has requested an evidentiary hearing to develop the facts supporting his claims as more fully set forth in opposition to Defendents motion to dismiss, statement of material facts in dispute, complaint, motion for preliminary injunction, and supplemental complaint.

4.) Mr. Okpala has pleaded and alleged that testimony or desposition from the individuals who authored the Article attached to his supplemental complaint, including documents and goverment officials from the United States Department of health and Human Services, and United state Department of Agriculture who set the National Nutritional Standard, are necessary to develope the facts of his claims.

5.) However, Mr. Okpala is incarcerated, indigent, and does not have the the freedom, skill, and means to fresh out the evidence in possession of the afore mentioned sources. The aforementioned sources possess the evidence Mr. Okpala needs to develop the facts of his claims.

6.) Futhermore, Mr. Okpala's complaint, supplemental complaint and statement of material facts in dispute pleaded and alleged sufficient facts wich, if properly develop in an evidentiary hearing, will demonstrate that Mr. Okapla is intitled to a preliminary injunction, declaratory judgment, and permanent injunction aganist the Defendents for violation of Mr. Okpala's Fifth and Eighth Amendment rights to the United States Constitution and 5 U.S.C.§ 553, et seq. Therefore, it will be in the best ends of justice to request an attonery to assist Mr. Okapla in developing the facts in support of his claims, to fresh out the essential facts that are in the possession of the aforementioned sources, as to help the Court in reaching a proper disposition of this matter.

**WHEREFORE, Mr OKPALA** urges the honorable Court to request an attoney to assist him in developing the facts in support of his claims.

Dated: January 27, 2007

Respectfully Submitted

Okey Garry Okpala
# 43667-019
Pro-Se/ Parraleagle
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL. 35160

## CERTIFICATE OF SERVICE

I hearby certify that a copy of the foregoing motion for appointment of counsel has been served on the party to this cause by depositing a copy of the same in the United States mail with adequate postage addressed to:

W. Mark Nebekar
Assistant U.S. Attonery
555 4th Street, NW
Washington, DC 20530

Dated: January 27, 2007

Okey Garry Okapla
#43667-019
Pro-se/ Parralegal