```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

OKEY GARRY OKPALA,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )  Civil Action No. 06-1530 RJL
                                  )
FEDERAL BUREAU OF PRISONS, et al.,)
                                  )
          Defendants.             )
_____)
```

                                    ORDER

UPON CONSIDERATION of Plaintiff's Motion For Reconsideration, for the grounds stated in opposition to the motion, and based upon the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that Plaintiff's Motion For Reconsideration be and is hereby denied; and it is

FURTHER ORDERED that this action be transferred to the Northern District of Alabama; and it is

FURTHER ORDERED that the clerk of the court shall effect the said transfer.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

OKEY GARRY OKPALA
#43667-019
P.O. Box 1000
Talladega, AL  35160