IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OKEY GARRY OKPALA,  ]
           ]
    Plaintiff,  ]
           ]
           ]
vs.          ]   Civil Action No.: 06-1530-RJL
           ]
           ]
FEDERAL BUREAU OF PRISONS  ]
et al.,        ]
           ]
    Defendants.  ]   Evidentiary Hearing Demanded

MOTION FOR LEAVE TO FILE
A SECOND SUPPLEMENTAL
COMPLAINT.

AND NOW, COMES THE PLANITIFF, Okey Garry Okpala ("Mr. Okpala"), by and through pro-se, and pursuant to Rule 15(d), Fed.R.Civ.P., moves the Honorable Court for leave to file the attached second supplemental complaint for declaratory judgment and injunctive relief based on transactions or occurrences or events which have happened since the date of the original complaint for judgment and injunctive relief.

WHEREFORE, Mr. Okpala respectfully requests the Honorable Court to grant him leave to file the attached second supplemental complaint for declaratory judgment and injunctive relief.

Dated: May 7, 2007.

Respectfully Submitted

*Garry Okpala*
Okey Garry Okpala
# 43667-019
Federal Correctional Institution
PMB 1000
Talladega, AL 35160